B1 (Official Form 1)(04/13)

| **United States Bankruptcy Court**<br>**District of Massachusetts** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Genesys Research Institute, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FKA Steward Research and Specialty Projects Corporation** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**27-3896009** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**736 Cambridge Street**<br>**Suite CBR-402**<br>**Brighton, MA**       ZIP Code **02135** | Street Address of Joint Debtor (No. and Street, City, and State):       ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Suffolk** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):       ZIP Code | Mailing Address of Joint Debtor (if different from street address):       ZIP Code |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): |
|---|

| **Type of Debtor**<br>(Form of Organization) (Check one box)<br><br>☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | **Nature of Business**<br>(Check one box)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box)<br><br>☐ Chapter 7<br>☐ Chapter 9     ☐ Chapter 15 Petition for Recognition<br>■ Chapter 11        of a Foreign Main Proceeding<br>☐ Chapter 12<br>☐ Chapter 13     ☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |
|---|---|---|

| **Chapter 15 Debtors**<br><br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br><br>■ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br><br>☐ Debts are primarily consumer debts,          ■ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as          business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |
|---|---|---|

| **Filing Fee** (Check one box)<br><br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| **Statistical/Administrative Information**<br><br>■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)                                                                                                          Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Genesys Research Institute, Inc.** |
|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)         (Date) |

| Exhibit C |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| Exhibit D |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| Information Regarding the Debtor - Venue<br>(Check any applicable box) |
|---|
| ■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| Certification by a Debtor Who Resides as a Tenant of Residential Property<br>(Check all applicable boxes) |
|---|
| ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br>_____<br>(Address of landlord)<br><br>☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(04/13) — Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Genesys Research Institute, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)

 Nina M. Parker 389990 
Printed Name of Attorney for Debtor(s)

 Parker and Associates 
Firm Name

**10 Converse Place**
**Winchester, MA 01890**

_____
Address

**Email: nparker@ninaparker.com**
**(781)729-0005 Fax: (781)729-0187**
Telephone Number

7-14-15
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

**Robert Stemple**
Printed Name of Authorized Individual

**Clerk and Treasurer**
Title of Authorized Individual

7-14-15
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

**efile GRAPHIC print - DO NOT PROCESS** | **As Filed Data** | **DLN: 93493227026474**

Form **990**

Department of the Treasury
Internal Revenue Service

## Return of Organization Exempt From Income Tax

Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except black lung benefit trust or private foundation)

▶ The organization may have to use a copy of this return to satisfy state reporting requirements

OMB No 1545-0047

**2012**

Open to Public Inspection

**A** For the 2012 calendar year, or tax year beginning 10-01-2012 , 2012, and ending 09-30-2013

| **B** Check if applicable | **C** Name of organization | **D** Employer Identification number |
|---|---|---|
| ☐ Address change | GENESYS RESEARCH INSTITUTE INC FKA STEWARD RESEARCH AND SPECIALTY PROJECTS | 27-3896009 |
| ☐ Name change | Doing Business As | |
| ☐ Initial return | Number and street (or P O box if mail is not delivered to street address) Room/suite | **E** Telephone number |
| ☐ Terminated | 736 CAMBRIDGE STREET NO CBR415 | (650)278-9429 |
| ☐ Amended return | City or town, state or country, and ZIP + 4 | |
| ☐ Application pending | BRIGHTON, MA 02135 | **G** Gross receipts $ 7,821,503 |

| **F** Name and address of principal officer | |
|---|---|
| DAVID HOROWITZ 736 CAMBRIDGE STREET NO CBR415 BRIGHTON, MA 02135 | **H(a)** Is this a group return for affiliates? ☐ Yes ☑ No |
| | **H(b)** Are all affiliates included? ☐ Yes ☐ No If "No," attach a list (see instructions) |

**I** Tax-exempt status ☑ 501(c)(3) ☐ 501(c) ( ) ◀ (insert no ) ☐ 4947(a)(1) or ☐ 527

**J** Website: ▶ HTTP //CANCER-SYSTEMS-BIOLOGY ORG/

**H(c)** Group exemption number ▶

**K** Form of organization ☑ Corporation ☐ Trust ☐ Association ☐ Other▶ | **L** Year of formation 2010 | **M** State of legal domicile MA

### Part I   Summary

**Activities & Governance**

1 Briefly describe the organization's mission or most significant activities
GENESYS RESEARCH INSTITUTE, INC WAS ORGANIZED FOR THE PURPOSE OF CONDUCTING MEDICAL AND SCIENTIFIC RESEARCH AND COMMUNITY BENEFITS PROJECTS

2 Check this box ▶☐ if the organization discontinued its operations or disposed of more than 25% of its net assets

| | | | |
|---|---|---|---|
| 3 Number of voting members of the governing body (Part VI, line 1a) . . . . . | **3** | 3 |
| 4 Number of independent voting members of the governing body (Part VI, line 1b) | **4** | 2 |
| 5 Total number of individuals employed in calendar year 2012 (Part V, line 2a) . . | **5** | 0 |
| 6 Total number of volunteers (estimate if necessary) . . . . . . . . | **6** | 0 |
| 7a Total unrelated business revenue from Part VIII, column (C), line 12 . . . . | **7a** | 0 |
| b Net unrelated business taxable income from Form 990-T, line 34 . . . . . . | **7b** | 0 |

**Revenue**

| | | Prior Year | Current Year |
|---|---|---|---|
| 8 | Contributions and grants (Part VIII, line 1h) . . . . . . . . | 7,968,337 | 7,821,503 |
| 9 | Program service revenue (Part VIII, line 2g) . . . . . . . . | 120,797 | 0 |
| 10 | Investment income (Part VIII, column (A), lines 3, 4, and 7d ) . . . . | 0 | 0 |
| 11 | Other revenue (Part VIII, column (A), lines 5, 6d, 8c, 9c, 10c, and 11e) | 0 | 0 |
| 12 | Total revenue—add lines 8 through 11 (must equal Part VIII, column (A), line 12) . . . . . . . . . . . . . . | 8,089,134 | 7,821,503 |

**Expenses**

| | | | |
|---|---|---|---|
| 13 | Grants and similar amounts paid (Part IX, column (A), lines 1–3 ) . . . | 0 | 0 |
| 14 | Benefits paid to or for members (Part IX, column (A), line 4 ) . . . . | 0 | 0 |
| 15 | Salaries, other compensation, employee benefits (Part IX, column (A), lines 5–10 ) | 4,580,804 | 4,750,978 |
| 16a | Professional fundraising fees (Part IX, column (A), line 11e) . . . . | 0 | 0 |
| b | Total fundraising expenses (Part IX, column (D), line 25) ▶0 | | |
| 17 | Other expenses (Part IX, column (A), lines 11a–11d, 11f–24e) . . . . | 5,416,884 | 4,356,968 |
| 18 | Total expenses Add lines 13–17 (must equal Part IX, column (A), line 25) . . . | 9,997,688 | 9,107,946 |
| 19 | Revenue less expenses Subtract line 18 from line 12 . . . . . . . | -1,908,554 | -1,286,443 |

**Net Assets or Fund Balances**

| | | Beginning of Current Year | End of Year |
|---|---|---|---|
| 20 | Total assets (Part X, line 16) . . . . . . . . . . . . | 8,717,867 | 6,054,377 |
| 21 | Total liabilities (Part X, line 26) . . . . . . . . . . . | 9,814,025 | 8,423,671 |
| 22 | Net assets or fund balances Subtract line 21 from line 20 . . . . . . | -1,096,158 | -2,369,294 |

### Part II   Signature Block

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete Declaration of preparer (other than officer) is based on all information of which preparer has any knowledge

| **Sign Here** | ****** Signature of officer | |
|---|---|---|
| | DAVID HOROWITZ PRESIDENT Type or print name and title | |

| **Paid Preparer Use Only** | Print/Type preparer's name DOUGLAS FARRINGTON | Preparer's signature |
|---|---|---|
| | Firm's name ▶ MARCUM LLP | |
| | Firm's address ▶ 53 STATE STREET FLOOR 38 BOSTON, MA 02109 | |

May the IRS discuss this return with the preparer shown above? (see instructions)

**For Paperwork Reduction Act Notice, see the separate instructions.**

Form 990 (2012)                                                                                                                Page **2**

| Part III | **Statement of Program Service Accomplishments** |
|---|---|

Check if Schedule O contains a response to any question in this Part III . . . . . . . . . . . ☑

**1**   Briefly describe the organization's mission

CONDUCT MEDICAL AND SCIENTIFIC RESEARCH AND COMMUNITY BENEFITS PROJECTS  90% OF THE ORGANIZATION'S TIME AND ENERGY ARE DEVOTED TO CLINICAL RESEARCH PROJECTS  CLINICAL TRIALS ARE EXPECTED TO INCLUDE AREAS OF CANCER, CARDIOVASCULAR, PULMONARY AND NEUROLOGY  COMMUNITY BENEFIT PROJECTS INCLUDE EMERGENCY PREPAREDNESS, DOMESTIC VIOLENCE INTERVENTIONS, MENTAL HEALTH SCREENING FOR THE ELDERLY, VICTIM WITNESS ADVOCACY, SUICIDE PRVENTION AND GROWTH AND NUTRITION PROJECTS

**2**   Did the organization undertake any significant program services during the year which were not listed on
the prior Form 990 or 990-EZ? . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☑ No
If "Yes," describe these new services on Schedule O

**3**   Did the organization cease conducting, or make significant changes in how it conducts, any program
services? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☑ No
If "Yes," describe these changes on Schedule O

**4**   Describe the organization's program service accomplishments for each of its three largest program services, as measured by
expenses  Section 501(c)(3) and 501(c)(4) organizations are required to report the amount of grants and allocations to others,
the total expenses, and revenue, if any, for each program service reported

**4a**   (Code                ) (Expenses $        6,319,085   including grants of $                   ) (Revenue $                   )
CLINICAL RESEARCH PROJECTS THAT WILL COMBINE BOTH BENCH/LABORATORY RESEARCH AND CLINICAL TRIALS  THE ORGANIZATION'S DIVERSE TEAM OF RESEARCHERS INCLUDES INDIVIDUALS FROM BIOLOGICAL, MATHEMATICAL, PHYSICAL AND CLINICAL BACKGROUNDS WHO ARE WORKING TO BETTER UNDERSTAND THE MOLECULAR AND TISSUE-LEVEL EVENTS OF DISEASES SUCH AS CANCER EVOLUTION AND DEVELOPMENT  THE RESULTS OF SUCH RESEARH ARE DISSEMINATED THROUGH A COMBINATION OF WORKSHOPS, SEMINARS AND PUBLICATIONS

**4b**   (Code                ) (Expenses $                including grants of $                   ) (Revenue $                   )

**4c**   (Code                ) (Expenses $                including grants of $                   ) (Revenue $                   )

**4d**   Other program services (Describe in Schedule O )
(Expenses $                including grants of $                ) (Revenue $                   )

**4e**   **Total program service expenses ▶**        6,319,085

Form 990 (2012)

Form 990 (2012)            Page **3**

## Part IV    Checklist of Required Schedules

| | | | Yes | No |
|---|---|---|---|---|
| 1 | Is the organization described in section 501(c)(3) or 4947(a)(1) (other than a private foundation)? *If "Yes," complete Schedule A* | 1 | Yes | |
| 2 | Is the organization required to complete *Schedule B, Schedule of Contributors* (see instructions)? | 2 | Yes | |
| 3 | Did the organization engage in direct or indirect political campaign activities on behalf of or in opposition to candidates for public office? *If "Yes," complete Schedule C, Part I* | 3 | | No |
| 4 | **Section 501(c)(3) organizations.** Did the organization engage in lobbying activities, or have a section 501(h) election in effect during the tax year? *If "Yes," complete Schedule C, Part II* | 4 | | |
| 5 | Is the organization a section 501(c)(4), 501(c)(5), or 501(c)(6) organization that receives membership dues, assessments, or similar amounts as defined in Revenue Procedure 98-19? *If "Yes," complete Schedule C, Part III* | 5 | | |
| 6 | Did the organization maintain any donor advised funds or any similar funds or accounts for which donors have the right to provide advice on the distribution or investment of amounts in such funds or accounts? *If "Yes," complete Schedule D, Part I* | 6 | | No |
| 7 | Did the organization receive or hold a conservation easement, including easements to preserve open space, the environment, historic land areas, or historic structures? *If "Yes," complete Schedule D, Part II* | 7 | | No |
| 8 | Did the organization maintain collections of works of art, historical treasures, or other similar assets? *If "Yes," complete Schedule D, Part III* | 8 | | No |
| 9 | Did the organization report an amount in Part X, line 21 for escrow or custodial account liability, serve as a custodian for amounts not listed in Part X, or provide credit counseling, debt management, credit repair, or debt negotiation services? *If "Yes," complete Schedule D, Part IV* | 9 | | No |
| 10 | Did the organization, directly or through a related organization, hold assets in temporarily restricted endowments, permanent endowments, or quasi-endowments? *If "Yes," complete Schedule D, Part V* | 10 | | No |
| 11 | If the organization's answer to any of the following questions is "Yes," then complete Schedule D, Parts VI, VII, VIII, IX, or X as applicable | | | |
| a | Did the organization report an amount for land, buildings, and equipment in Part X, line 10? *If "Yes," complete Schedule D, Part VI.* | 11a | Yes | |
| b | Did the organization report an amount for investments—other securities in Part X, line 12 that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part VII* | 11b | | No |
| c | Did the organization report an amount for investments—program related in Part X, line 13 that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part VIII* | 11c | | No |
| d | Did the organization report an amount for other assets in Part X, line 15 that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part IX* | 11d | | No |
| e | Did the organization report an amount for other liabilities in Part X, line 25? *If "Yes," complete Schedule D, Part X* | 11e | Yes | |
| f | Did the organization's separate or consolidated financial statements for the tax year include a footnote that addresses the organization's liability for uncertain tax positions under FIN 48 (ASC 740)? *If "Yes," complete Schedule D, Part X* | 11f | | No |
| 12a | Did the organization obtain separate, independent audited financial statements for the tax year? *If "Yes," complete Schedule D, Parts XI and XII* | 12a | | No |
| b | Was the organization included in consolidated, independent audited financial statements for the tax year? *If "Yes," and if the organization answered "No" to line 12a, then completing Schedule D, Parts XI and XII is optional* | 12b | | No |
| 13 | Is the organization a school described in section 170(b)(1)(A)(ii)? *If "Yes," complete Schedule E* | 13 | | No |
| 14a | Did the organization maintain an office, employees, or agents outside of the United States? | 14a | | No |
| b | Did the organization have aggregate revenues or expenses of more than $10,000 from grantmaking, fundraising, business, investment, and program service activities outside the United States, or aggregate foreign investments valued at $100,000 or more? *If "Yes," complete Schedule F, Parts I and IV* | 14b | | No |
| 15 | Did the organization report on Part IX, column (A), line 3, more than $5,000 of grants or assistance to any organization or entity located outside the United States? *If "Yes," complete Schedule F, Parts II and IV* | 15 | | No |
| 16 | Did the organization report on Part IX, column (A), line 3, more than $5,000 of aggregate grants or assistance to individuals located outside the United States? *If "Yes," complete Schedule F, Parts III and IV* | 16 | | No |
| 17 | Did the organization report a total of more than $15,000 of expenses for professional fundraising services on Part IX, column (A), lines 6 and 11e? *If "Yes," complete Schedule G, Part I (see instructions)* | 17 | | No |
| 18 | Did the organization report more than $15,000 total of fundraising event gross income and contributions on Part VIII, lines 1c and 8a? *If "Yes," complete Schedule G, Part II* | 18 | | No |
| 19 | Did the organization report more than $15,000 of gross income from gaming activities on Part VIII, line 9a? *If "Yes," complete Schedule G, Part III* | 19 | | No |
| 20a | Did the organization operate one or more hospital facilities? *If "Yes," complete Schedule H* | 20a | | No |
| b | If "Yes" to line 20a, did the organization attach a copy of its audited financial statements to this return? | 20b | | |

Form **990** (2012)

Form 990 (2012)          Page **4**

| **Part IV** | **Checklist of Required Schedules** *(continued)* | | | |
|---|---|---|---|---|
| 21 | Did the organization report more than $5,000 of grants and other assistance to any government or organization in the United States on Part IX, column (A), line 1? *If "Yes," complete Schedule I, Parts I and II* . . . | **21** | | No |
| 22 | Did the organization report more than $5,000 of grants and other assistance to individuals in the United States on Part IX, column (A), line 2? *If "Yes," complete Schedule I, Parts I and III* . . . . . . . . | **22** | | No |
| 23 | Did the organization answer "Yes" to Part VII, Section A, line 3, 4, or 5 about compensation of the organization's current and former officers, directors, trustees, key employees, and highest compensated employees? *If "Yes," complete Schedule J* . . . . . . . . . . . . . . . . . . . . . | **23** | Yes | |
| 24a | Did the organization have a tax-exempt bond issue with an outstanding principal amount of more than $100,000 as of the last day of the year, that was issued after December 31, 2002? *If "Yes," answer lines 24b through 24d and complete Schedule K. If "No," go to line 25* . . . . . . . . . . . . . . . | **24a** | | No |
| b | Did the organization invest any proceeds of tax-exempt bonds beyond a temporary period exception? . . . | **24b** | | |
| c | Did the organization maintain an escrow account other than a refunding escrow at any time during the year to defease any tax-exempt bonds? . . . . . . . . . . . . . . . . . . | **24c** | | |
| d | Did the organization act as an "on behalf of" issuer for bonds outstanding at any time during the year? . . | **24d** | | |
| 25a | **Section 501(c)(3) and 501(c)(4) organizations.** Did the organization engage in an excess benefit transaction with a disqualified person during the year? *If "Yes," complete Schedule L, Part I* . . . . . . . . | **25a** | | No |
| b | Is the organization aware that it engaged in an excess benefit transaction with a disqualified person in a prior year, and that the transaction has not been reported on any of the organization's prior Forms 990 or 990-EZ? *If "Yes," complete Schedule L, Part I* . . . . . . . . . . . . . . . . . | **25b** | | No |
| 26 | Was a loan to or by a current or former officer, director, trustee, key employee, highest compensated employee, or disqualified person outstanding as of the end of the organization's tax year? *If "Yes," complete Schedule L, Part II* . . . . . . . . . . . . . . . . . . . . . . . . . | **26** | | No |
| 27 | Did the organization provide a grant or other assistance to an officer, director, trustee, key employee, substantial contributor or employee thereof, a grant selection committee member, or to a 35% controlled entity or family member of any of these persons? *If "Yes," complete Schedule L, Part III* . . . . . . . . | **27** | | No |
| 28 | Was the organization a party to a business transaction with one of the following parties (see Schedule L, Part IV instructions for applicable filing thresholds, conditions, and exceptions) | | | |
| a | A current or former officer, director, trustee, or key employee? *If "Yes," complete Schedule L, Part IV* . . . . . . . . . . . . . . . . . . . . . . . . . | **28a** | | No |
| b | A family member of a current or former officer, director, trustee, or key employee? *If "Yes," complete Schedule L, Part IV* . . . . . . . . . . . . . . . . . . | **28b** | | No |
| c | An entity of which a current or former officer, director, trustee, or key employee (or a family member thereof) was an officer, director, trustee, or direct or indirect owner? *If "Yes," complete Schedule L, Part IV* . . . | **28c** | Yes | |
| 29 | Did the organization receive more than $25,000 in non-cash contributions? *If "Yes," complete Schedule M* . | **29** | | No |
| 30 | Did the organization receive contributions of art, historical treasures, or other similar assets, or qualified conservation contributions? *If "Yes," complete Schedule M* . . . . . . . . . . . | **30** | | No |
| 31 | Did the organization liquidate, terminate, or dissolve and cease operations? *If "Yes," complete Schedule N, Part I* . . . . . . . . . . . . . . . . . . . . . . . . . | **31** | | No |
| 32 | Did the organization sell, exchange, dispose of, or transfer more than 25% of its net assets? *If "Yes," complete Schedule N, Part II* . . . . . . . . . . . . . . . . . . . . | **32** | | No |
| 33 | Did the organization own 100% of an entity disregarded as separate from the organization under Regulations sections 301 7701-2 and 301 7701-3? *If "Yes," complete Schedule R, Part I* . . . . . . | **33** | | No |
| 34 | Was the organization related to any tax-exempt or taxable entity? *If "Yes," complete Schedule R, Part II, III, or IV, and Part V, line 1* . . . . . . . . . . . . . . . . . . . . . | **34** | Yes | |
| 35a | Did the organization have a controlled entity within the meaning of section 512(b)(13)? | **35a** | | No |
| b | If 'Yes' to line 35a, did the organization receive any payment from or engage in any transaction with a controlled entity within the meaning of section 512(b)(13)? *If "Yes," complete Schedule R, Part V, line 2* . . . | **35b** | | |
| 36 | **Section 501(c)(3) organizations.** Did the organization make any transfers to an exempt non-charitable related organization? *If "Yes," complete Schedule R, Part V, line 2* . . . . . . . . . | **36** | | No |
| 37 | Did the organization conduct more than 5% of its activities through an entity that is not a related organization and that is treated as a partnership for federal income tax purposes? *If "Yes," complete Schedule R, Part VI* . | **37** | | No |
| 38 | Did the organization complete Schedule O and provide explanations in Schedule O for Part VI, lines 11b and 19? **Note. All Form 990 filers are required to complete Schedule O** . . . . . . . . . . | **38** | Yes | |

Form **990** (2012)

| **Part V** | **Statements Regarding Other IRS Filings and Tax Compliance** |

Check if Schedule O contains a response to any question in this Part V . . . . . . . . . . . . . . . ☐

|  |  |  | Yes | No |
|---|---|---|---|---|
| **1a** | Enter the number reported in Box 3 of Form 1096 Enter -0- if not applicable . . | **1a** | 0 | | |
| **b** | Enter the number of Forms W-2G included in line 1a  *Enter -0-* if not applicable | **1b** | 0 | | |
| **c** | Did the organization comply with backup withholding rules for reportable payments to vendors and reportable gaming (gambling) winnings to prize winners? | | **1c** | | |
| **2a** | Enter the number of employees reported on Form W-3, Transmittal of Wage and Tax Statements, filed for the calendar year ending with or within the year covered by this return . . . . . . . . | **2a** | 0 | | |
| **b** | If at least one is reported on line 2a, did the organization file all required federal employment tax returns? **Note.** If the sum of lines 1a and 2a is greater than 250, you may be required to e-file (see instructions) | | **2b** | | |
| **3a** | Did the organization have unrelated business gross income of $1,000 or more during the year? . . . | | **3a** | | No |
| **b** | If "Yes," has it filed a Form 990-T for this year? If "No," provide an explanation in Schedule O . . . | | **3b** | | |
| **4a** | At any time during the calendar year, did the organization have an interest in, or a signature or other authority over, a financial account in a foreign country (such as a bank account, securities account, or other financial account)? . . . . . . . . . . . . . . . | | **4a** | | No |
| **b** | If "Yes," enter the name of the foreign country ▶_____ See instructions for filing requirements for Form TD F 90-22 1, Report of Foreign Bank and Financial Accounts | | | | |
| **5a** | Was the organization a party to a prohibited tax shelter transaction at any time during the tax year? . . | | **5a** | | No |
| **b** | Did any taxable party notify the organization that it was or is a party to a prohibited tax shelter transaction? | | **5b** | | No |
| **c** | If "Yes," to line 5a or 5b, did the organization file Form 8886-T? . . . . . . . . . | | **5c** | | |
| **6a** | Does the organization have annual gross receipts that are normally greater than $100,000, and did the organization solicit any contributions that were not tax deductible as charitable contributions? . . . | | **6a** | | No |
| **b** | If "Yes," did the organization include with every solicitation an express statement that such contributions or gifts were not tax deductible? . . . . . . . . . . . . . . . | | **6b** | | |
| **7** | **Organizations that may receive deductible contributions under section 170(c).** | | | | |
| **a** | Did the organization receive a payment in excess of $75 made partly as a contribution and partly for goods and services provided to the payor? . . . . . . . . . . . . . . | | **7a** | | No |
| **b** | If "Yes," did the organization notify the donor of the value of the goods or services provided? . . . | | **7b** | | |
| **c** | Did the organization sell, exchange, or otherwise dispose of tangible personal property for which it was required to file Form 8282? . . . . . . . . . . . . . . . . | | **7c** | | No |
| **d** | If "Yes," indicate the number of Forms 8282 filed during the year . . . . | **7d** | | | |
| **e** | Did the organization receive any funds, directly or indirectly, to pay premiums on a personal benefit contract? . . . . . . . . . . . . . . . . . | | **7e** | | No |
| **f** | Did the organization, during the year, pay premiums, directly or indirectly, on a personal benefit contract? . . | | **7f** | | No |
| **g** | If the organization received a contribution of qualified intellectual property, did the organization file Form 8899 as required? . . . . . . . . . . . . . . . . | | **7g** | | |
| **h** | If the organization received a contribution of cars, boats, airplanes, or other vehicles, did the organization file a Form 1098-C? . . . . . . . . . . . . . . . | | **7h** | | |
| **8** | **Sponsoring organizations maintaining donor advised funds and section 509(a)(3) supporting organizations.** Did the supporting organization, or a donor advised fund maintained by a sponsoring organization, have excess business holdings at any time during the year? . . . . . . . . . . . | | **8** | | |
| **9** | **Sponsoring organizations maintaining donor advised funds.** | | | | |
| **a** | Did the organization make any taxable distributions under section 4966? . . . . . . . . | | **9a** | | |
| **b** | Did the organization make a distribution to a donor, donor advisor, or related person? . . . . . . | | **9b** | | |
| **10** | **Section 501(c)(7) organizations.** Enter | | | | |
| **a** | Initiation fees and capital contributions included on Part VIII, line 12 . . . | **10a** | | | |
| **b** | Gross receipts, included on Form 990, Part VIII, line 12, for public use of club facilities | **10b** | | | |
| **11** | **Section 501(c)(12) organizations.** Enter | | | | |
| **a** | Gross income from members or shareholders . . . . . . . . | **11a** | | | |
| **b** | Gross income from other sources (Do not net amounts due or paid to other sources against amounts due or received from them ) | **11b** | | | |
| **12a** | **Section 4947(a)(1) non-exempt charitable trusts.** Is the organization filing Form 990 in lieu of Form 1041? | | **12a** | | |
| **b** | If "Yes," enter the amount of tax-exempt interest received or accrued during the year . . . . . . . . . . . . . . . | **12b** | | | |
| **13** | **Section 501(c)(29) qualified nonprofit health insurance issuers.** | | | | |
| **a** | Is the organization licensed to issue qualified health plans in more than one state? **Note.** See the instructions for additional information the organization must report on Schedule O | | **13a** | | |
| **b** | Enter the amount of reserves the organization is required to maintain by the states in which the organization is licensed to issue qualified health plans . . . | **13b** | | | |
| **c** | Enter the amount of reserves on hand | **13c** | | | |
| **14a** | Did the organization receive any payments for indoor tanning services during the tax year? . . . . . | | **14a** | | No |
| **b** | If "Yes," has it filed a Form 720 to report these payments? If "No," provide an explanation in Schedule O . . | | **14b** | | |

Form 990 (2012)                                                                                                    Page **6**

**Part VI** | **Governance, Management, and Disclosure** *For each "Yes" response to lines 2 through 7b below, and for a "No" response to lines 8a, 8b, or 10b below, describe the circumstances, processes, or changes in Schedule O. See instructions.*

Check if Schedule O contains a response to any question in this Part VI . . . . . . . . . . . . . . . . ✓

## Section A. Governing Body and Management

|     |                                                                                                                                                                                    |      | Yes | No |
|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|-----|----|
| 1a  | Enter the number of voting members of the governing body at the end of the tax year . . . . . . . . . . . . . . . . . . **1a** [3]                                                   |      |     |    |
|     | If there are material differences in voting rights among members of the governing body, or if the governing body delegated broad authority to an executive committee or similar committee, explain in Schedule O |      |     |    |
| b   | Enter the number of voting members included in line 1a, above, who are independent . . . . . . . . . . . . . . . . . . **1b** [2]                                                    |      |     |    |
| 2   | Did any officer, director, trustee, or key employee have a family relationship or a business relationship with any other officer, director, trustee, or key employee?               | 2    | Yes |    |
| 3   | Did the organization delegate control over management duties customarily performed by or under the direct supervision of officers, directors or trustees, or key employees to a management company or other person? | 3    |     | No |
| 4   | Did the organization make any significant changes to its governing documents since the prior Form 990 was filed? . . . . . . . . . . . . . . . . . . . .                             | 4    |     | No |
| 5   | Did the organization become aware during the year of a significant diversion of the organization's assets? .                                                                        | 5    |     | No |
| 6   | Did the organization have members or stockholders? . . . . . . . . . . . . . . .                                                                                                    | 6    | Yes |    |
| 7a  | Did the organization have members, stockholders, or other persons who had the power to elect or appoint one or more members of the governing body? . . . . . . . . . . . . . .      | 7a   | Yes |    |
| b   | Are any governance decisions of the organization reserved to (or subject to approval by) members, stockholders, or persons other than the governing body? . . . . . . . . . . . . . | 7b   | Yes |    |
| 8   | Did the organization contemporaneously document the meetings held or written actions undertaken during the year by the following                                                    |      |     |    |
| a   | The governing body? . . . . . . . . . . . . . . . . . . . . . . . . .                                                                                                               | 8a   | Yes |    |
| b   | Each committee with authority to act on behalf of the governing body? . . . . . . . . . . .                                                                                         | 8b   | Yes |    |
| 9   | Is there any officer, director, trustee, or key employee listed in Part VII, Section A, who cannot be reached at the organization's mailing address? *If "Yes," provide the names and addresses in Schedule O* . . . | 9    |     | No |

## Section B. Policies *(This Section B requests information about policies not required by the Internal Revenue Code.)*

|     |                                                                                                                                                                                    |      | Yes | No |
|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|-----|----|
| 10a | Did the organization have local chapters, branches, or affiliates? . . . . . . . . . . . .                                                                                          | 10a  |     | No |
| b   | If "Yes," did the organization have written policies and procedures governing the activities of such chapters, affiliates, and branches to ensure their operations are consistent with the organization's exempt purposes? | 10b  |     |    |
| 11a | Has the organization provided a complete copy of this Form 990 to all members of its governing body before filing the form? . . . . . . . . . . . . . . . . . . . . . .            | 11a  |     | No |
| b   | Describe in Schedule O the process, if any, used by the organization to review this Form 990                                                                                        |      |     |    |
| 12a | Did the organization have a written conflict of interest policy? *If "No," go to line 13* . . . . .                                                                                 | 12a  | Yes |    |
| b   | Were officers, directors, or trustees, and key employees required to disclose annually interests that could give rise to conflicts? . . . . . . . . . . . . . . . . . . . . .      | 12b  | Yes |    |
| c   | Did the organization regularly and consistently monitor and enforce compliance with the policy? *If "Yes," describe in Schedule O how this was done* . . . . . . . . . . . . . . . .| 12c  | Yes |    |
| 13  | Did the organization have a written whistleblower policy? . . . . . . . . . . . . . .                                                                                               | 13   | Yes |    |
| 14  | Did the organization have a written document retention and destruction policy? . . . . . . . .                                                                                      | 14   | Yes |    |
| 15  | Did the process for determining compensation of the following persons include a review and approval by independent persons, comparability data, and contemporaneous substantiation of the deliberation and decision? |      |     |    |
| a   | The organization's CEO, Executive Director, or top management official . . . . . . . . . .                                                                                          | 15a  |     | No |
| b   | Other officers or key employees of the organization . . . . . . . . . . . . . . .                                                                                                   | 15b  |     | No |
|     | If "Yes" to line 15a or 15b, describe the process in Schedule O (see instructions)                                                                                                  |      |     |    |
| 16a | Did the organization invest in, contribute assets to, or participate in a joint venture or similar arrangement with a taxable entity during the year? . . . . . . . . . . . . . . . | 16a  |     | No |
| b   | If "Yes," did the organization follow a written policy or procedure requiring the organization to evaluate its participation in joint venture arrangements under applicable federal tax law, and take steps to safeguard the organization's exempt status with respect to such arrangements? . . . . . . . . . . . . . | 16b  |     |    |

## Section C. Disclosure

| 17 | List the States with which a copy of this Form 990 is required to be filed▶MA |
|----|------------------------------------------------------------------------------|
| 18 | Section 6104 requires an organization to make its Form 1023 (or 1024 if applicable), 990, and 990-T (501(c)(3) only) available for public inspection Indicate how you made these available Check all that apply ☐ Own website  ☐ Another's website  ✓ Upon request  ☐ Other (explain in Schedule O) |
| 19 | Describe in Schedule O whether (and if so, how), the organization made its governing documents, conflict of interest policy, and financial statements available to the public during the tax year |
| 20 | State the name, physical address, and telephone number of the person who possesses the books and records of the organization ▶DAVID HOROWITZ 736 CAMBRIDGE STREET CBR-415 BRIGHTON, MA  (650) 278-9429 |

Form **990** (2012)

Form 990 (2012)

Page **7**

## Part VII  Compensation of Officers, Directors, Trustees, Key Employees, Highest Compensated Employees, and Independent Contractors

Check if Schedule O contains a response to any question in this Part VII  . . . . . . . . . . . . . . ☐

### Section A. Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees

**1a** Complete this table for all persons required to be listed  Report compensation for the calendar year ending with or within the organization's tax year

● List all of the organization's **current** officers, directors, trustees (whether individuals or organizations), regardless of amount of compensation  Enter -0- in columns (D), (E), and (F) if no compensation was paid

● List all of the organization's **current** key employees, if any  See instructions for definition of "key employee "

● List the organization's five **current** highest compensated employees (other than an officer, director, trustee or key employee) who received reportable compensation (Box 5 of Form W-2 and/or Box 7 of Form 1099-MISC) of more than $100,000 from the organization and any related organizations

● List all of the organization's **former** officers, key employees, or highest compensated employees who received more than $100,000 of reportable compensation from the organization and any related organizations

● List all of the organization's **former directors or trustees** that received, in the capacity as a former director or trustee of the organization, more than $10,000 of reportable compensation from the organization and any related organizations

List persons in the following order  individual trustees or directors, institutional trustees, officers, key employees, highest compensated employees, and former such persons

☐ Check this box if neither the organization nor any related organization compensated any current officer, director, or trustee

| (A) Name and Title | (B) Average hours per week (list any hours for related organizations below dotted line) | (C) Position (do not check more than one box, unless person is both an officer and a director/trustee) | | | | | | (D) Reportable compensation from the organization (W-2/1099-MISC) | (E) Reportable compensation from related organizations (W-2/1099-MISC) | (F) Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional Trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| (1) PETER CATALANO MD | 2 00 | X | | X | | | | 0 | 0 | 0 |
| PRESIDENT/DIRECTOR (12/31/12-4/9/13) | | | | | | | | | | |
| (2) DAVID A HOROWITZ | 40 00 | X | | X | | | | 0 | 0 | 0 |
| PRESIDENT/DIRECTOR (EFFECTIVE 4/9/13) | | | | | | | | | | |
| (3) CHARLES J NEWMAN | 5 00 | X | | X | | | | 0 | 0 | 0 |
| TREASURER/CLERK/DIRECTOR (EFFECTIVE 4/9/13) | | | | | | | | | | |
| (4) BORIS EPSHTEYN | 2 00 | X | | | | | | 0 | 0 | 0 |
| DIRECTOR (EFFECTIVE 4/9/13) | | | | | | | | | | |
| (5) RALPH DE LA TORRE | 2 00 | X | | X | | | | 0 | 0 | 0 |
| PRESIDENT/DIRECTOR (UNTIL 12/31/12) | | | | | | | | | | |
| (6) JAMES RENNA | 2 00 | X | | X | | | | 0 | 0 | 0 |
| TREASURER (UNTIL 12/31/12) | | | | | | | | | | |
| (7) JOSEPH C MAHER ESQ | 2 00 | X | | X | | | | 0 | 0 | 0 |
| CLERK/DIRECTOR (UNTIL 12/31/12) | | | | | | | | | | |
| (8) JOSEPH FARMER ESQ | 2 00 | X | | | | | | 0 | 0 | 0 |
| DIRECTOR (UNTIL 12/31/12) | | | | | | | | | | |
| (9) CHRISTOPHER HARDING | 2 00 | X | | | | | | 0 | 0 | 0 |
| DIRECTOR (UNTIL 12/31/12) | | | | | | | | | | |
| (10) CHERYL KANE | 2 00 | X | | | | | | 0 | 0 | 0 |
| DIRECTOR (UNTIL 12/31/12) | | | | | | | | | | |
| (11) MARNI SMILLOW LEVITT ESQ | 2 00 | X | | | | | | 0 | 0 | 0 |
| DIRECTOR/DEPUTY GENERAL CO (UNTIL 12/31/12) | | | | | | | | | | |
| (12) LYNN HLATKY | 40 00 | | | | X | | | 0 | 441,137 | 4,347 |
| CCSB DIRECTOR | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

Form **990** (2012)

Form 990 (2012)                                                                                             Page **8**

| Part VII | Section A. Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees *(continued)* |

| (A)<br>Name and Title | (B)<br>Average hours per week (list any hours for related organizations below dotted line) | (C)<br>Position (do not check more than one box, unless person is both an officer and a director/trustee) | | | | | | (D)<br>Reportable compensation from the organization (W-2/1099-MISC) | (E)<br>Reportable compensation from related organizations (W-2/1099-MISC) | (F)<br>Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional Trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| **1b** Sub-Total . . . . . . . . ▶ | | | | | | | | | | |
| **c** Total from continuation sheets to Part VII, Section A . . . . ▶ | | | | | | | | | | |
| **d** Total (add lines 1b and 1c) . . . . . . . . . ▶ | | | | | | | | 0 | 441,137 | 4,347 |

**2** Total number of individuals (including but not limited to those listed above) who received more than $100,000 of reportable compensation from the organization▶0

| | | | Yes | No |
|---|---|---|---|---|
| **3** | Did the organization list any **former** officer, director or trustee, key employee, or highest compensated employee on line 1a? *If "Yes," complete Schedule J for such individual* . . . . . . . . . . . . . . . | **3** | | No |
| **4** | For any individual listed on line 1a, is the sum of reportable compensation and other compensation from the organization and related organizations greater than $150,000? *If "Yes," complete Schedule J for such individual* . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **4** | Yes | |
| **5** | Did any person listed on line 1a receive or accrue compensation from any unrelated organization or individual for services rendered to the organization? *If "Yes," complete Schedule J for such person* . . . . . . . . . | **5** | | No |

### Section B. Independent Contractors

**1** Complete this table for your five highest compensated independent contractors that received more than $100,000 of compensation from the organization  Report compensation for the calendar year ending with or within the organization's tax year

| (A)<br>Name and business address | (B)<br>Description of services | (C)<br>Compensation |
|---|---|---|
| CAP ANESTHESIA 736 CAMBRIDGE STREET BRIGHTON MA 02135 | MEDICAL RESEARCH | 217,929 |
| UNIVERSITY OF CALIFORNIA 300 LAKESIDE DRIVE OAKLAND CA 94612 | MEDICAL RESEARCH | 191,272 |
| LYNCH BREWER HOFFMAN & FINK 75 FEDERAL STREET BOSTON MA 02110 | LEGAL SERVICES | 177,997 |
| NY UNIVERISTY 25 WEST FOURTH STREET NEW YORK NY 10012 | MEDICAL RESEARCH | 142,620 |
| | | |

**2** Total number of independent contractors (including but not limited to those listed above) who received more than $100,000 of compensation from the organization ▶4

Form **990** (2012)

Form 990 (2012)                                                                                                      Page **9**

| Part VIII | Statement of Revenue |
|---|---|

Check if Schedule O contains a response to any question in this Part VIII . . . . . . . . . . . . . . . . □

| | | | **(A)** Total revenue | **(B)** Related or exempt function revenue | **(C)** Unrelated business revenue | **(D)** Revenue excluded from tax under sections 512, 513, or 514 |
|---|---|---|---|---|---|---|
| **Contributions, Gifts, Grants and Other Similar Amounts** | **1a** Federated campaigns . . | **1a** | | | | |
| | **b** Membership dues . . . . | **1b** | | | | |
| | **c** Fundraising events . . . . | **1c** | | | | |
| | **d** Related organizations . . . | **1d** | | | | |
| | **e** Government grants (contributions) | **1e** 7,130,808 | | | | |
| | **f** All other contributions, gifts, grants, and similar amounts not included above | **1f** 690,695 | | | | |
| | **g** Noncash contributions included in lines 1a-1f $ | | | | | |
| | **h** **Total.** Add lines 1a-1f . . . . . . . ▶ | | 7,821,503 | | | |
| **Program Service Revenue** | | | **Business Code** | | | |
| | **2a** _____ | | | | | |
| | **b** _____ | | | | | |
| | **c** _____ | | | | | |
| | **d** _____ | | | | | |
| | **e** _____ | | | | | |
| | **f** All other program service revenue | | | | | |
| | **g** **Total.** Add lines 2a-2f . . . . . . . . ▶ | | | | | |
| **Other Revenue** | **3** Investment income (including dividends, interest, and other similar amounts) . . . . . . . ▶ | | | | | |
| | **4** Income from investment of tax-exempt bond proceeds . . ▶ | | | | | |
| | **5** Royalties . . . . . . . . . . . ▶ | | | | | |
| | | **(i) Real** | **(ii) Personal** | | | |
| | **6a** Gross rents | | | | | |
| | **b** Less rental expenses | | | | | |
| | **c** Rental income or (loss) | | | | | |
| | **d** Net rental income or (loss) . . . . . . ▶ | | | | | |
| | | **(i) Securities** | **(ii) Other** | | | |
| | **7a** Gross amount from sales of assets other than inventory | | | | | |
| | **b** Less cost or other basis and sales expenses | | | | | |
| | **c** Gain or (loss) | | | | | |
| | **d** Net gain or (loss) . . . . . . . . ▶ | | | | | |
| | **8a** Gross income from fundraising events (not including $ _____ of contributions reported on line 1c) See Part IV, line 18 . . **a** | | | | | |
| | **b** Less direct expenses . . . **b** | | | | | |
| | **c** Net income or (loss) from fundraising events . . ▶ | | | | | |
| | **9a** Gross income from gaming activities See Part IV, line 19 . . . **a** | | | | | |
| | **b** Less direct expenses . . . **b** | | | | | |
| | **c** Net income or (loss) from gaming activities . . ▶ | | | | | |
| | **10a** Gross sales of inventory, less returns and allowances . **a** | | | | | |
| | **b** Less cost of goods sold . . **b** | | | | | |
| | **c** Net income or (loss) from sales of inventory . . ▶ | | | | | |
| | Miscellaneous Revenue | | **Business Code** | | | |
| | **11a** _____ | | | | | |
| | **b** _____ | | | | | |
| | **c** _____ | | | | | |
| | **d** All other revenue . . . . | | | | | |
| | **e** **Total.** Add lines 11a-11d . . . . . ▶ | | | | | |
| | **12** **Total revenue.** See Instructions . . . . . . ▶ | | 7,821,503 | 0 | 0 | 0 |

Form **990** (2012)

Form 990 (2012)                                                                                                          Page **10**

## Part IX  Statement of Functional Expenses

Section 501(c)(3) and 501(c)(4) organizations must complete all columns  All other organizations must complete column (A)

Check if Schedule O contains a response to any question in this Part IX . . . . . . . . . . . . . ☑

| Do not include amounts reported on lines 6b, 7b, 8b, 9b, and 10b of Part VIII. | (A) Total expenses | (B) Program service expenses | (C) Management and general expenses | (D) Fundraising expenses |
|---|---|---|---|---|
| **1** Grants and other assistance to governments and organizations in the United States  See Part IV, line 21 | | | | |
| **2** Grants and other assistance to individuals in the United States  See Part IV, line 22 | | | | |
| **3** Grants and other assistance to governments, organizations, and individuals outside the United States  See Part IV, lines 15 and 16 | | | | |
| **4** Benefits paid to or for members | | | | |
| **5** Compensation of current officers, directors, trustees, and key employees . . . . | 537,930 | | 537,930 | |
| **6** Compensation not included above, to disqualified persons (as defined under section 4958(f)(1)) and persons described in section 4958(c)(3)(B) . . . . | | | | |
| **7** Other salaries and wages | 2,752,331 | 1,766,661 | 985,670 | |
| **8** Pension plan accruals and contributions (include section 401(k) and 403(b) employer contributions) . . . . | 81,452 | 52,282 | 29,170 | |
| **9** Other employee benefits . . . . . . . | 1,055,267 | 677,353 | 377,914 | |
| **10** Payroll taxes . . . . . . . . | 323,998 | 207,967 | 116,031 | |
| **11** Fees for services (non-employees) | | | | |
| **a** Management . . . . . . . | | | | |
| **b** Legal . . . . . . . . | 179,844 | | 179,844 | |
| **c** Accounting . . . . . . . | 10,000 | | 10,000 | |
| **d** Lobbying . . . . . . . | | | | |
| **e** Professional fundraising services  See Part IV, line 17 | | | | |
| **f** Investment management fees . . . . . | | | | |
| **g** Other (If line 11g amount exceeds 10% of line 25, column (A) amount, list line 11g expenses on Schedule O) . . . . . . . | 2,190,053 | 2,190,053 | | |
| **12** Advertising and promotion . . . . | 5,329 | 5,329 | | |
| **13** Office expenses . . . . . . | 49,652 | | 49,652 | |
| **14** Information technology . . . . . | | | | |
| **15** Royalties . . | | | | |
| **16** Occupancy . . . . . . . . | 540,116 | 85,115 | 455,001 | |
| **17** Travel . . . . . . . . | 92,123 | 88,893 | 3,230 | |
| **18** Payments of travel or entertainment expenses for any federal, state, or local public officials . . . | | | | |
| **19** Conferences, conventions, and meetings . . . . | | | | |
| **20** Interest . . . . . . . | | | | |
| **21** Payments to affiliates . . . . | | | | |
| **22** Depreciation, depletion, and amortization . . . . | 178,123 | 178,123 | | |
| **23** Insurance . . . . . . . . | 18,849 | 6,634 | 12,215 | |
| **24** Other expenses  Itemize expenses not covered above (List miscellaneous expenses in line 24e If line 24e amount exceeds 10% of line 25, column (A) amount, list line 24e expenses on Schedule O ) | | | | |
| **a** OTHER PROGRAM EXPENSES | 1,027,577 | 1,027,577 | | |
| **b** OFFICE & ADMIN EXPENSES | 32,204 | | 32,204 | |
| **c** DUES & MEMBERSHIPS | 12,076 | 12,076 | | |
| **d** MISCELLANEOUS EXPENSE | 10,690 | 10,690 | | |
| **e** All other expenses | 10,332 | 10,332 | | |
| **25** **Total functional expenses.** Add lines 1 through 24e | 9,107,946 | 6,319,085 | 2,788,861 | 0 |
| **26** **Joint costs.** Complete this line only if the organization reported in column (B) joint costs from a combined educational campaign and fundraising solicitation  Check here ▶ ☐ if following SOP 98-2 (ASC 958-720) | | | | |

Form **990** (2012)

Form 990 (2012)
Page **11**

| **Part X** | **Balance Sheet** | | | | | |
|---|---|---|---|---|---|---|

Check if Schedule O contains a response to any question in this Part X . . . . . . . . . . . . . ☐

| | | | | **(A)** Beginning of year | | **(B)** End of year |
|---|---|---|---|---|---|---|
| **Assets** | 1 | Cash—non-interest-bearing . . . . . . . . . | | 8,278,560 | **1** | 5,463,686 |
| | 2 | Savings and temporary cash investments . . . . . . | | | **2** | |
| | 3 | Pledges and grants receivable, net . . . . . . . | | | **3** | |
| | 4 | Accounts receivable, net . . . . . . . . . | | | **4** | 314,399 |
| | 5 | Loans and other receivables from current and former officers, directors, trustees, key employees, and highest compensated employees Complete Part II of Schedule L . . . . . . . . . . . . . . | | | **5** | |
| | 6 | Loans and other receivables from other disqualified persons (as defined under section 4958(f)(1)), persons described in section 4958(c)(3)(B), and contributing employers and sponsoring organizations of section 501(c)(9) voluntary employees' beneficiary organizations (see instructions) Complete Part II of Schedule L | | | **6** | |
| | 7 | Notes and loans receivable, net . . . . . . . . | | | **7** | |
| | 8 | Inventories for sale or use . . . . . . . . . | | | **8** | |
| | 9 | Prepaid expenses and deferred charges . . . . . | | | **9** | |
| | 10a | Land, buildings, and equipment cost or other basis Complete Part VI of Schedule D | 10a | 1,641,799 | | |
| | b | Less accumulated depreciation . . . . . | 10b | 1,365,507 | 439,307 | **10c** | 276,292 |
| | 11 | Investments—publicly traded securities . . . . . | | | **11** | |
| | 12 | Investments—other securities See Part IV, line 11 . . | | | **12** | |
| | 13 | Investments—program-related See Part IV, line 11 . . | | | **13** | |
| | 14 | Intangible assets . . . . . . . . . . . . | | | **14** | |
| | 15 | Other assets See Part IV, line 11 . . . . . . . | | | **15** | |
| | 16 | **Total assets.** Add lines 1 through 15 (must equal line 34) . | | 8,717,867 | **16** | 6,054,377 |
| **Liabilities** | 17 | Accounts payable and accrued expenses . . . . . | | | **17** | |
| | 18 | Grants payable . . . . . . . . . . . . | | | **18** | |
| | 19 | Deferred revenue . . . . . . . . . . . | | | **19** | |
| | 20 | Tax-exempt bond liabilities . . . . . . . . | | | **20** | |
| | 21 | Escrow or custodial account liability Complete Part IV of Schedule D . . | | | **21** | |
| | 22 | Loans and other payables to current and former officers, directors, trustees, key employees, highest compensated employees, and disqualified persons Complete Part II of Schedule L . . . . . | | | **22** | |
| | 23 | Secured mortgages and notes payable to unrelated third parties . . | | | **23** | |
| | 24 | Unsecured notes and loans payable to unrelated third parties . . . . | | | **24** | |
| | 25 | Other liabilities (including federal income tax, payables to related third parties, and other liabilities not included on lines 17-24) Complete Part X of Schedule D . . . . | | 9,814,025 | **25** | 8,423,671 |
| | 26 | **Total liabilities.** Add lines 17 through 25 . . . . . . . | | 9,814,025 | **26** | 8,423,671 |
| **Net Assets or Fund Balances** | | **Organizations that follow SFAS 117 (ASC 958), check here ▶ ☑ and complete lines 27 through 29, and lines 33 and 34.** | | | | |
| | 27 | Unrestricted net assets . . . . . . . . . | | -1,096,158 | **27** | -2,369,294 |
| | 28 | Temporarily restricted net assets . . . . . . | | | **28** | |
| | 29 | Permanently restricted net assets . . . . . . | | | **29** | |
| | | **Organizations that do not follow SFAS 117 (ASC 958), check here ▶ ☐ and complete lines 30 through 34.** | | | | |
| | 30 | Capital stock or trust principal, or current funds . . . . | | | **30** | |
| | 31 | Paid-in or capital surplus, or land, building or equipment fund . . . . | | | **31** | |
| | 32 | Retained earnings, endowment, accumulated income, or other funds . . | | | **32** | |
| | 33 | Total net assets or fund balances . . . . . . . | | -1,096,158 | **33** | -2,369,294 |
| | 34 | Total liabilities and net assets/fund balances . . . . . . | | 8,717,867 | **34** | 6,054,377 |

Form **990** (2012)

Form 990 (2012)   Page **12**

| Part XI | Reconciliation of Net Assets |
|---|---|

Check if Schedule O contains a response to any question in this Part XI . . . . . . . . . . . . . .

| | | | |
|---|---|---|---:|
| 1 | Total revenue (must equal Part VIII, column (A), line 12) . . . . . . . . . . | **1** | 7,821,503 |
| 2 | Total expenses (must equal Part IX, column (A), line 25) . . . . . . . . . . | **2** | 9,107,946 |
| 3 | Revenue less expenses  Subtract line 2 from line 1 . . . . . . . . . . . | **3** | -1,286,443 |
| 4 | Net assets or fund balances at beginning of year (must equal Part X, line 33, column (A)) . | **4** | -1,096,158 |
| 5 | Net unrealized gains (losses) on investments . . . . . . . . . . . . | **5** | |
| 6 | Donated services and use of facilities . . . . . . . . . . . . . | **6** | |
| 7 | Investment expenses . . . . . . . . . . . . . . . . . | **7** | |
| 8 | Prior period adjustments . . . . . . . . . . . . . . . . | **8** | 13,306 |
| 9 | Other changes in net assets or fund balances (explain in Schedule O) . . . . . . | **9** | 0 |
| 10 | Net assets or fund balances at end of year  Combine lines 3 through 9 (must equal Part X, line 33, column (B)) . . . . . . . . . . . . . . . . . . . . . | **10** | -2,369,294 |

| Part XII | Financial Statements and Reporting |
|---|---|

Check if Schedule O contains a response to any question in this Part XII . . . . . . . . . . . . . . ☑

| | | | Yes | No |
|---|---|---|---|---|
| 1 | Accounting method used to prepare the Form 990   ☐ Cash  ☑ Accrual  ☐ Other ____ <br> If the organization changed its method of accounting from a prior year or checked "Other," explain in Schedule O | | | |
| 2a | Were the organization's financial statements compiled or reviewed by an independent accountant? | **2a** | | No |
| | If 'Yes,' check a box below to indicate whether the financial statements for the year were compiled or reviewed on a separate basis, consolidated basis, or both <br> ☐ Separate basis  ☐ Consolidated basis  ☐ Both consolidated and separate basis | | | |
| b | Were the organization's financial statements audited by an independent accountant? | **2b** | | No |
| | If 'Yes,' check a box below to indicate whether the financial statements for the year were audited on a separate basis, consolidated basis, or both <br> ☐ Separate basis  ☐ Consolidated basis  ☐ Both consolidated and separate basis | | | |
| c | If "Yes," to line 2a or 2b, does the organization have a committee that assumes responsibility for oversight of the audit, review, or compilation of its financial statements and selection of an independent accountant? | **2c** | | |
| | If the organization changed either its oversight process or selection process during the tax year, explain in Schedule O | | | |
| 3a | As a result of a federal award, was the organization required to undergo an audit or audits as set forth in the Single Audit Act and OMB Circular A-133? | **3a** | Yes | |
| b | If "Yes," did the organization undergo the required audit or audits? If the organization did not undergo the required audit or audits, explain why in Schedule O and describe any steps taken to undergo such audits | **3b** | | No |

Form **990** (2012)

| efile GRAPHIC print - DO NOT PROCESS | As Filed Data - | DLN: 93493227026474 |
|---|---|---|

**SCHEDULE A**
**(Form 990 or 990EZ)**

Department of the Treasury
Internal Revenue Service

# Public Charity Status and Public Support

Complete if the organization is a section 501(c)(3) organization or a section 4947(a)(1) nonexempt charitable trust.

▶ Attach to Form 990 or Form 990-EZ. ▶ See separate instructions.

OMB No 1545-0047

## 2012

**Open to Public Inspection**

**Name of the organization**
GENESYS RESEARCH INSTITUTE INC FKA
STEWARD RESEARCH AND SPECIALTY PROJECTS

**Employer identification number**
27-3896009

| Part I | Reason for Public Charity Status (All organizations must complete this part.) See instructions. |
|---|---|

The organization is not a private foundation because it is  (For lines 1 through 11, check only one box )

1  ☐ A church, convention of churches, or association of churches described in **section 170(b)(1)(A)(i).**

2  ☐ A school described in **section 170(b)(1)(A)(ii).** (Attach Schedule E )

3  ☐ A hospital or a cooperative hospital service organization described in **section 170(b)(1)(A)(iii).**

4  ☐ A medical research organization operated in conjunction with a hospital described in **section 170(b)(1)(A)(iii).** Enter the hospital's name, city, and state

5  ☐ An organization operated for the benefit of a college or university owned or operated by a governmental unit described in **section 170(b)(1)(A)(iv).** (Complete Part II )

6  ☐ A federal, state, or local government or governmental unit described in **section 170(b)(1)(A)(v).**

7  ☑ An organization that normally receives a substantial part of its support from a governmental unit or from the general public described in **section 170(b)(1)(A)(vi).** (Complete Part II )

8  ☐ A community trust described in **section 170(b)(1)(A)(vi)** (Complete Part II )

9  ☐ An organization that normally receives  (1) more than 33⅓% of its support from contributions, membership fees, and gross receipts from activities related to its exempt functions—subject to certain exceptions, and (2) no more than 33⅓% of its support from gross investment income and unrelated business taxable income (less section 511 tax) from businesses acquired by the organization after June 30, 1975  See **section 509(a)(2).** (Complete Part III )

10  ☐ An organization organized and operated exclusively to test for public safety  See **section 509(a)(4).**

11  ☐ An organization organized and operated exclusively for the benefit of, to perform the functions of, or to carry out the purposes of one or more publicly supported organizations described in section 509(a)(1) or section 509(a)(2) See **section 509(a)(3).** Check the box that describes the type of supporting organization and complete lines 11e through 11h

   a ☐ Type I   b ☐ Type II   c ☐ Type III - Functionally integrated   d ☐ Type III - Non-functionally integrated

e  ☐ By checking this box, I certify that the organization is not controlled directly or indirectly by one or more disqualified persons other than foundation managers and other than one or more publicly supported organizations described in section 509(a)(1) or section 509(a)(2)

f  If the organization received a written determination from the IRS that it is a Type I, Type II, or Type III supporting organization, check this box   ☐

g  Since August 17, 2006, has the organization accepted any gift or contribution from any of the following persons?

|  |  | Yes | No |
|---|---|---|---|
| **(i)** A person who directly or indirectly controls, either alone or together with persons described in (ii) and (iii) below, the governing body of the supported organization? | 11g(i) |  |  |
| **(ii)** A family member of a person described in (i) above? | 11g(ii) |  |  |
| **(iii)** A 35% controlled entity of a person described in (i) or (ii) above? | 11g(iii) |  |  |

h  Provide the following information about the supported organization(s)

| (i) Name of supported organization | (ii) EIN | (iii) Type of organization (described on lines 1- 9 above or IRC section (see instructions)) | (iv) Is the organization in col (i) listed in your governing document? | | (v) Did you notify the organization in col (i) of your support? | | (vi) Is the organization in col (i) organized in the U S ? | | (vii) Amount of monetary support |
|---|---|---|---|---|---|---|---|---|---|
| | | | Yes | No | Yes | No | Yes | No | |
| | | | | | | | | | |
| **Total** | | | | | | | | | |

For Paperwork Reduction Act Notice, see the Instructions for Form 990 or 990EZ.       Cat No 11285F       Schedule A (Form 990 or 990-EZ) 2012

Schedule A (Form 990 or 990-EZ) 2012                                                                 Page **2**

| **Part II** | **Support Schedule for Organizations Described in Sections 170(b)(1)(A)(iv) and 170(b)(1)(A)(vi)** |

(Complete only if you checked the box on line 5, 7, or 8 of Part I or if the organization failed to qualify under Part III. If the organization fails to qualify under the tests listed below, please complete Part III.)

## Section A. Public Support

| Calendar year (or fiscal year beginning in) ▶ | (a) 2008 | (b) 2009 | (c) 2010 | (d) 2011 | (e) 2012 | (f) Total |
|---|---|---|---|---|---|---|
| 1 Gifts, grants, contributions, and membership fees received (Do not include any "unusual grants ") | | | 6,865,411 | 7,968,337 | 7,821,503 | 22,655,251 |
| 2 Tax revenues levied for the organization's benefit and either paid to or expended on its behalf | | | | | | |
| 3 The value of services or facilities furnished by a governmental unit to the organization without charge | | | | | | |
| 4 **Total.** Add lines 1 through 3 | | | 6,865,411 | 7,968,337 | 7,821,503 | 22,655,251 |
| 5 The portion of total contributions by each person (other than a governmental unit or publicly supported organization) included on line 1 that exceeds 2% of the amount shown on line 11, column (f) | | | | | | |
| 6 **Public support.** Subtract line 5 from line 4 | | | | | | 22,655,251 |

## Section B. Total Support

| Calendar year (or fiscal year beginning) ▶ | (a) 2008 | (b) 2009 | (c) 2010 | (d) 2011 | (e) 2012 | (f) Total |
|---|---|---|---|---|---|---|
| 7 Amounts from line 4 | | | 6,865,411 | 7,968,337 | 7,821,503 | 22,655,251 |
| 8 Gross income from interest, dividends, payments received on securities loans, rents, royalties and income from similar sources | | | | | | |
| 9 Net income from unrelated business activities, whether or not the business is regularly carried on | | | | | | |
| 10 Other income Do not include gain or loss from the sale of capital assets (Explain in Part IV ) | | | | | | |
| 11 **Total support** (Add lines 7 through 10) | | | | | | 22,655,251 |

| 12 | Gross receipts from related activities, etc (see instructions) | **12** | |
|---|---|---|---|

13 **First five years.** If the Form 990 is for the organization's first, second, third, fourth, or fifth tax year as a 501(c)(3) organization, check this box and **stop here** . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

## Section C. Computation of Public Support Percentage

| 14 | Public support percentage for 2012 (line 6, column (f) divided by line 11, column (f)) | **14** | 100 000 % |
|---|---|---|---|
| 15 | Public support percentage for 2011 Schedule A, Part II, line 14 | **15** | |

**16a** **33 1/3% support test—2012.** If the organization did not check the box on line 13, and line 14 is 33 1/3% or more, check this box and **stop here.** The organization qualifies as a publicly supported organization ▶ ☑

**b** **33 1/3% support test—2011.** If the organization did not check a box on line 13 or 16a, and line 15 is 33 1/3% or more, check this box and **stop here.** The organization qualifies as a publicly supported organization ▶ ☐

**17a** **10%-facts-and-circumstances test—2012.** If the organization did not check a box on line 13, 16a, or 16b, and line 14 is 10% or more, and if the organization meets the "facts-and-circumstances" test, check this box and **stop here.** Explain in Part IV how the organization meets the "facts-and-circumstances" test The organization qualifies as a publicly supported organization ▶ ☐

**b** **10%-facts-and-circumstances test—2011.** If the organization did not check a box on line 13, 16a, 16b, or 17a, and line 15 is 10% or more, and if the organization meets the "facts-and-circumstances" test, check this box and **stop here.** Explain in Part IV how the organization meets the "facts-and-circumstances" test The organization qualifies as a publicly supported organization ▶ ☐

**18** **Private foundation.** If the organization did not check a box on line 13, 16a, 16b, 17a, or 17b, check this box and see instructions ▶ ☐

Schedule A (Form 990 or 990-EZ) 2012

Schedule A (Form 990 or 990-EZ) 2012 — Page **3**

| **Part III** | **Support Schedule for Organizations Described in Section 509(a)(2)** |
|---|---|

(Complete only if you checked the box on line 9 of Part I or if the organization failed to qualify under Part II. If the organization fails to qualify under the tests listed below, please complete Part II.)

## Section A. Public Support

| Calendar year (or fiscal year beginning in) ▶ | (a) 2008 | (b) 2009 | (c) 2010 | (d) 2011 | (e) 2012 | (f) Total |
|---|---|---|---|---|---|---|
| 1 Gifts, grants, contributions, and membership fees received (Do not include any "unusual grants ") | | | | | | |
| 2 Gross receipts from admissions, merchandise sold or services performed, or facilities furnished in any activity that is related to the organization's tax-exempt purpose | | | | | | |
| 3 Gross receipts from activities that are not an unrelated trade or business under section 513 | | | | | | |
| 4 Tax revenues levied for the organization's benefit and either paid to or expended on its behalf | | | | | | |
| 5 The value of services or facilities furnished by a governmental unit to the organization without charge | | | | | | |
| 6 **Total.** Add lines 1 through 5 | | | | | | |
| 7a Amounts included on lines 1, 2, and 3 received from disqualified persons | | | | | | |
| b Amounts included on lines 2 and 3 received from other than disqualified persons that exceed the greater of $5,000 or 1% of the amount on line 13 for the year | | | | | | |
| c Add lines 7a and 7b | | | | | | |
| 8 **Public support** (Subtract line 7c from line 6 ) | | | | | | |

## Section B. Total Support

| Calendar year (or fiscal year beginning in) ▶ | (a) 2008 | (b) 2009 | (c) 2010 | (d) 2011 | (e) 2012 | (f) Total |
|---|---|---|---|---|---|---|
| 9 Amounts from line 6 | | | | | | |
| 10a Gross income from interest, dividends, payments received on securities loans, rents, royalties and income from similar sources | | | | | | |
| b Unrelated business taxable income (less section 511 taxes) from businesses acquired after June 30, 1975 | | | | | | |
| c Add lines 10a and 10b | | | | | | |
| 11 Net income from unrelated business activities not included in line 10b, whether or not the business is regularly carried on | | | | | | |
| 12 Other income Do not include gain or loss from the sale of capital assets (Explain in Part IV ) | | | | | | |
| 13 **Total support.** (Add lines 9, 10c, 11, and 12 ) | | | | | | |

14 **First five years.** If the Form 990 is for the organization's first, second, third, fourth, or fifth tax year as a 501(c)(3) organization, check this box and **stop here** ▶ ☐

## Section C. Computation of Public Support Percentage

| | | |
|---|---|---|
| 15 Public support percentage for 2012 (line 8, column (f) divided by line 13, column (f)) | 15 | |
| 16 Public support percentage from 2011 Schedule A, Part III, line 15 | 16 | |

## Section D. Computation of Investment Income Percentage

| | | |
|---|---|---|
| 17 Investment income percentage for **2012** (line 10c, column (f) divided by line 13, column (f)) | 17 | |
| 18 Investment income percentage from **2011** Schedule A, Part III, line 17 | 18 | |

19a **33 1/3% support tests—2012.** If the organization did not check the box on line 14, and line 15 is more than 33 1/3%, and line 17 is not more than 33 1/3%, check this box and **stop here.** The organization qualifies as a publicly supported organization ▶ ☐

b **33 1/3% support tests—2011.** If the organization did not check a box on line 14 or line 19a, and line 16 is more than 33 1/3% and line 18 is not more than 33 1/3%, check this box and **stop here.** The organization qualifies as a publicly supported organization ▶ ☐

20 **Private foundation.** If the organization did not check a box on line 14, 19a, or 19b, check this box and see instructions ▶ ☐

**Schedule A (Form 990 or 990-EZ) 2012**

Schedule A (Form 990 or 990-EZ) 2012

Page **4**

**Part IV** **Supplemental Information.** Complete this part to provide the explanations required by Part II, line 10; Part II, line 17a or 17b; and Part III, line 12. Also complete this part for any additional information. (See instructions).

**Facts And Circumstances Test**

**Explanation**

Schedule A (Form 990 or 990-EZ) 2012

**efile GRAPHIC print - DO NOT PROCESS** | **As Filed Data -** | **DLN: 93493227026474**

| SCHEDULE D | Supplemental Financial Statements | OMB No 1545-0047 |
|---|---|---|
| (Form 990) | ► Complete if the organization answered "Yes," to Form 990, Part IV, line 6, 7, 8, 9, 10, 11a, 11b, 11c, 11d, 11e, 11f, 12a, or 12b | **2012** |
| Department of the Treasury Internal Revenue Service | ► Attach to Form 990. ► See separate instructions. | **Open to Public Inspection** |

| Name of the organization | Employer identification number |
|---|---|
| GENESYS RESEARCH INSTITUTE INC FKA STEWARD RESEARCH AND SPECIALTY PROJECTS | 27-3896009 |

## Part I — Organizations Maintaining Donor Advised Funds or Other Similar Funds or Accounts. Complete if the organization answered "Yes" to Form 990, Part IV, line 6.

| | | **(a)** Donor advised funds | **(b)** Funds and other accounts |
|---|---|---|---|
| 1 | Total number at end of year | | |
| 2 | Aggregate contributions to (during year) | | |
| 3 | Aggregate grants from (during year) | | |
| 4 | Aggregate value at end of year | | |

5 Did the organization inform all donors and donor advisors in writing that the assets held in donor advised funds are the organization's property, subject to the organization's exclusive legal control? ☐ Yes ☐ No

6 Did the organization inform all grantees, donors, and donor advisors in writing that grant funds can be used only for charitable purposes and not for the benefit of the donor or donor advisor, or for any other purpose conferring impermissible private benefit? ☐ Yes ☐ No

## Part II — Conservation Easements. Complete if the organization answered "Yes" to Form 990, Part IV, line 7.

1 Purpose(s) of conservation easements held by the organization (check all that apply)
☐ Preservation of land for public use (e g , recreation or education)   ☐ Preservation of an historically important land area
☐ Protection of natural habitat   ☐ Preservation of a certified historic structure
☐ Preservation of open space

2 Complete lines 2a through 2d if the organization held a qualified conservation contribution in the form of a conservation easement on the last day of the tax year

| | | | Held at the End of the Year |
|---|---|---|---|
| a | Total number of conservation easements | 2a | |
| b | Total acreage restricted by conservation easements | 2b | |
| c | Number of conservation easements on a certified historic structure included in (a) | 2c | |
| d | Number of conservation easements included in (c) acquired after 8/17/06, and not on a historic structure listed in the National Register | 2d | |

3 Number of conservation easements modified, transferred, released, extinguished, or terminated by the organization during the tax year ► _____

4 Number of states where property subject to conservation easement is located ► _____

5 Does the organization have a written policy regarding the periodic monitoring, inspection, handling of violations, and enforcement of the conservation easements it holds? ☐ Yes ☐ No

6 Staff and volunteer hours devoted to monitoring, inspecting, and enforcing conservation easements during the year ► _____

7 Amount of expenses incurred in monitoring, inspecting, and enforcing conservation easements during the year ► $ _____

8 Does each conservation easement reported on line 2(d) above satisfy the requirements of section 170(h)(4)(B)(i) and section 170(h)(4)(B)(ii)? ☐ Yes ☐ No

9 In Part XIII, describe how the organization reports conservation easements in its revenue and expense statement, and balance sheet, and include, if applicable, the text of the footnote to the organization's financial statements that describes the organization's accounting for conservation easements

## Part III — Organizations Maintaining Collections of Art, Historical Treasures, or Other Similar Assets. Complete if the organization answered "Yes" to Form 990, Part IV, line 8.

1a If the organization elected, as permitted under SFAS 116 (ASC 958), not to report in its revenue statement and balance sheet works of art, historical treasures, or other similar assets held for public exhibition, education, or research in furtherance of public service, provide, in Part XIII, the text of the footnote to its financial statements that describes these items

b If the organization elected, as permitted under SFAS 116 (ASC 958), to report in its revenue statement and balance sheet works of art, historical treasures, or other similar assets held for public exhibition, education, or research in furtherance of public service, provide the following amounts relating to these items

(i) Revenues included in Form 990, Part VIII, line 1 ► $ _____

(ii) Assets included in Form 990, Part X ► $ _____

2 If the organization received or held works of art, historical treasures, or other similar assets for financial gain, provide the following amounts required to be reported under SFAS 116 (ASC 958) relating to these items

a Revenues included in Form 990, Part VIII, line 1 ► $ _____

b Assets included in Form 990, Part X ► $ _____

Schedule D (Form 990) 2012 — Page **2**

## Part III  Organizations Maintaining Collections of Art, Historical Treasures, or Other Similar Assets *(continued)*

**3** Using the organization's acquisition, accession, and other records, check any of the following that are a significant use of its collection items (check all that apply)

**a** ☐ Public exhibition

**b** ☐ Scholarly research

**c** ☐ Preservation for future generations

**d** ☐ Loan or exchange programs

**e** ☐ Other

**4** Provide a description of the organization's collections and explain how they further the organization's exempt purpose in Part XIII

**5** During the year, did the organization solicit or receive donations of art, historical treasures or other similar assets to be sold to raise funds rather than to be maintained as part of the organization's collection?  ☐ Yes  ☐ No

## Part IV  Escrow and Custodial Arrangements. Complete if the organization answered "Yes" to Form 990, Part IV, line 9, or reported an amount on Form 990, Part X, line 21.

**1a** Is the organization an agent, trustee, custodian or other intermediary for contributions or other assets not included on Form 990, Part X?  ☐ Yes  ☐ No

**b** If "Yes," explain the arrangement in Part XIII and complete the following table

|  |  | Amount |
|---|---|---|
| **c** Beginning balance | 1c | |
| **d** Additions during the year | 1d | |
| **e** Distributions during the year | 1e | |
| **f** Ending balance | 1f | |

**2a** Did the organization include an amount on Form 990, Part X, line 21?  ☐ Yes  ☐ No

**b** If "Yes," explain the arrangement in Part XIII  Check here if the explanation has been provided in Part XIII . . . . . . . . ☐

## Part V  Endowment Funds. Complete if the organization answered "Yes" to Form 990, Part IV, line 10.

|  | (a)Current year | (b)Prior year | (c)Two years back | (d)Three years back | (e)Four years back |
|---|---|---|---|---|---|
| **1a** Beginning of year balance . . . . | | | | | |
| **b** Contributions . . . . . | | | | | |
| **c** Net investment earnings, gains, and losses | | | | | |
| **d** Grants or scholarships . . . . . | | | | | |
| **e** Other expenditures for facilities and programs . . . . . | | | | | |
| **f** Administrative expenses . . . . | | | | | |
| **g** End of year balance . . . . . | | | | | |

**2** Provide the estimated percentage of the current year end balance (line 1g, column (a)) held as

**a** Board designated or quasi-endowment ▶

**b** Permanent endowment ▶

**c** Temporarily restricted endowment ▶

The percentages in lines 2a, 2b, and 2c should equal 100%

**3a** Are there endowment funds not in the possession of the organization that are held and administered for the organization by

|  |  | Yes | No |
|---|---|---|---|
| (i) unrelated organizations . . . . . . . . . . . . . | 3a(i) | | |
| (ii) related organizations . . . . . . . . . . . . . | 3a(ii) | | |
| **b** If "Yes" to 3a(ii), are the related organizations listed as required on Schedule R? . . . . . . . . . | 3b | | |

**4** Describe in Part XIII the intended uses of the organization's endowment funds

## Part VI  Land, Buildings, and Equipment. See Form 990, Part X.

| Description of property | (a) Cost or other basis (investment) | (b)Cost or other basis (other) | (c) Accumulated depreciation | (d) Book value |
|---|---|---|---|---|
| **1a** Land . . . . . . . . | | | | |
| **b** Buildings . . . . . . . | | | | |
| **c** Leasehold improvements . . . . | | | | |
| **d** Equipment . . . . . . . . | | 1,641,799 | 1,365,507 | 276,292 |
| **e** Other . . . . . . . | | | | |
| **Total.** Add lines 1a through 1e *(Column (d) must equal Form 990, Part X, column (B), line 10(c).)* . . . . . . . . ▶ | | | | 276,292 |

Schedule D (Form 990) 2012

Schedule D (Form 990) 2012

Page **3**

## Part VII  Investments—Other Securities. See Form 990, Part X, line 12.

| (a) Description of security or category (including name of security) | (b) Book value | (c) Method of valuation Cost or end-of-year market value |
|---|---|---|
| (1) Financial derivatives | | |
| (2) Closely-held equity interests | | |
| Other | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total.** (Column (b) must equal Form 990, Part X, col (B) line 12 )  ▶ | | |

## Part VIII  Investments—Program Related. See Form 990, Part X, line 13.

| (a) Description of investment type | (b) Book value | (c) Method of valuation Cost or end-of-year market value |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total.** (Column (b) must equal Form 990, Part X, col (B) line 13 )  ▶ | | |

## Part IX  Other Assets. See Form 990, Part X, line 15.

| (a) Description | (b) Book value |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **Total.** (Column (b) must equal Form 990, Part X, col.(B) line 15.)  . . . . . . . . . . .  ▶ | |

## Part X  Other Liabilities. See Form 990, Part X, line 25.

| 1 | (a) Description of liability | (b) Book value |
|---|---|---|
| | Federal income taxes | |
| | AMOUNT DUE TO STEWARD ST ELIZABETH'S-IN DISPUTE | 7,746,421 |
| | EMPLOYEE BENEFIT AMOUNTS WITHHELD | 677,250 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | **Total.** (Column (b) must equal Form 990, Part X, col (B) line 25 )  ▶ | 8,423,671 |

**2.** Fin 48 (ASC 740) Footnote  In Part XIII, provide the text of the footnote to the organization's financial statements that reports the organization's liability for uncertain tax positions under FIN 48 (ASC 740)  Check here if the text of the footnote has been provided in Part XIII . . . . . . ☐

Schedule D (Form 990) 2012

Page **4**

## Part XI  Reconciliation of Revenue per Audited Financial Statements With Revenue per Return

| | | | |
|---|---|---|---|
| **1** | Total revenue, gains, and other support per audited financial statements . . . . | | **1** |
| **2** | Amounts included on line 1 but not on Form 990, Part VIII, line 12 | | |
| **a** | Net unrealized gains on investments . . . . . | **2a** | |
| **b** | Donated services and use of facilities . . . . | **2b** | |
| **c** | Recoveries of prior year grants . . . . | **2c** | |
| **d** | Other (Describe in Part XIII ) . . . | **2d** | |
| **e** | Add lines **2a** through **2d** . . . . . . . | | **2e** |
| **3** | Subtract line **2e** from line **1** . . . . . . . | | **3** |
| **4** | Amounts included on Form 990, Part VIII, line 12, but not on line **1** | | |
| **a** | Investment expenses not included on Form 990, Part VIII, line 7b . | **4a** | |
| **b** | Other (Describe in Part XIII ) . . . | **4b** | |
| **c** | Add lines **4a** and **4b** . . . . . . . | | **4c** |
| **5** | Total revenue  Add lines **3** and **4c**. (This must equal Form 990, Part I, line 12 ) . | | **5** |

## Part XII  Reconciliation of Expenses per Audited Financial Statements With Expenses per Return

| | | | |
|---|---|---|---|
| **1** | Total expenses and losses per audited financial statements . . . . | | **1** |
| **2** | Amounts included on line 1 but not on Form 990, Part IX, line 25 | | |
| **a** | Donated services and use of facilities . . . . | **2a** | |
| **b** | Prior year adjustments . . . . . | **2b** | |
| **c** | Other losses . . . . . | **2c** | |
| **d** | Other (Describe in Part XIII ) . . . | **2d** | |
| **e** | Add lines **2a** through **2d** . . . . . . . | | **2e** |
| **3** | Subtract line **2e** from line **1** . . . . . . . | | **3** |
| **4** | Amounts included on Form 990, Part IX, line 25, but not on line **1:** | | |
| **a** | Investment expenses not included on Form 990, Part VIII, line 7b . | **4a** | |
| **b** | Other (Describe in Part XIII ) . . . | **4b** | |
| **c** | Add lines **4a** and **4b** . . . . . . . | | **4c** |
| **5** | Total expenses  Add lines **3** and **4c**. (This must equal Form 990, Part I, line 18 ) . | | **5** |

## Part XIII  Supplemental Information

Complete this part to provide the descriptions required for Part II, lines 3, 5, and 9, Part III, lines 1a and 4, Part IV, lines 1b and 2b, Part V, line 4, Part X, line 2, Part XI, lines 2d and 4b, and Part XII, lines 2d and 4b  Also complete this part to provide any additional information

| Identifier | Return Reference | Explanation |
|---|---|---|
| | | |

Schedule D (Form 990) 2012

| efile GRAPHIC print - DO NOT PROCESS | As Filed Data - | DLN: 93493227026474 |
|---|---|---|

**Schedule J**
(Form 990)

Department of the Treasury
Internal Revenue Service

## Compensation Information

For certain Officers, Directors, Trustees, Key Employees, and Highest
Compensated Employees
► Complete if the organization answered "Yes" to Form 990,
Part IV, question 23.
► Attach to Form 990. ► See separate instructions.

OMB No 1545-0047

# 2012

**Open to Public
Inspection**

Name of the organization
GENESYS RESEARCH INSTITUTE INC FKA
STEWARD RESEARCH AND SPECIALTY PROJECTS

Employer identification number

27-3896009

### Part I   Questions Regarding Compensation

|  |  | | Yes | No |
|---|---|---|---|---|
| **1a** | Check the appropiate box(es) if the organization provided any of the following to or for a person listed in Form 990, Part VII, Section A, line 1a  Complete Part III to provide any relevant information regarding these items | | | |
|  | ☐ First-class or charter travel     ☐ Housing allowance or residence for personal use | | | |
|  | ☐ Travel for companions     ☐ Payments for business use of personal residence | | | |
|  | ☐ Tax idemnification and gross-up payments     ☐ Health or social club dues or initiation fees | | | |
|  | ☐ Discretionary spending account     ☐ Personal services (e g , maid, chauffeur, chef) | | | |
| **b** | If any of the boxes in line 1a are checked, did the organization follow a written policy regarding payment or reimbursement or provision of all of the expenses described above? If "No," complete Part III to explain | **1b** | | |
| **2** | Did the organization require substantiation prior to reimbursing or allowing expenses incurred by all officers, directors, trustees, and the CEO/Executive Director, regarding the items checked in line 1a? | **2** | | |
| **3** | Indicate which, if any, of the following the filing organization used to establish the compensation of the organization's CEO/Executive Director  Check all that apply  Do not check any boxes for methods used by a related organization to establish compensation of the CEO/Executive Director, but explain in Part III | | | |
|  | ☐ Compensation committee     ☐ Written employment contract | | | |
|  | ☐ Independent compensation consultant     ☐ Compensation survey or study | | | |
|  | ☐ Form 990 of other organizations     ☐ Approval by the board or compensation committee | | | |
| **4** | During the year, did any person listed in Form 990, Part VII, Section A, line 1a with respect to the filing organization or a related organization | | | |
| **a** | Receive a severance payment or change-of-control payment? | **4a** | | No |
| **b** | Participate in, or receive payment from, a supplemental nonqualified retirement plan? | **4b** | | No |
| **c** | Participate in, or receive payment from, an equity-based compensation arrangement? | **4c** | | No |
|  | If "Yes" to any of lines 4a-c, list the persons and provide the applicable amounts for each item in Part III | | | |
| **5** | **Only 501(c)(3) and 501(c)(4) organizations only must complete lines 5-9.** For persons listed in Form 990, Part VII, Section A, line 1a, did the organization pay or accrue any compensation contingent on the revenues of | | | |
| **a** | The organization? | **5a** | | No |
| **b** | Any related organization? | **5b** | | No |
|  | If "Yes," to line 5a or 5b, describe in Part III | | | |
| **6** | For persons listed in Form 990, Part VII, Section A, line 1a, did the organization pay or accrue any compensation contingent on the net earnings of | | | |
| **a** | The organization? | **6a** | | No |
| **b** | Any related organization? | **6b** | | No |
|  | If "Yes," to line 6a or 6b, describe in Part III | | | |
| **7** | For persons listed in Form 990, Part VII, Section A, line 1a, did the organization provide any non-fixed payments not described in lines 5 and 6? If "Yes," describe in Part III | **7** | | No |
| **8** | Were any amounts reported in Form 990, Part VII, paid or accured pursuant to a contract that was subject to the initial contract exception described in Regulations section 53 4958-4(a)(3)? If "Yes," describe in Part III | **8** | | No |
| **9** | If "Yes" to line 8, did the organization also follow the rebuttable presumption procedure described in Regulations section 53 4958-6(c)? | **9** | | |

For Paperwork Reduction Act Notice, see the Instructions for Form 990.     Cat No 50053T     **Schedule J (Form 990) 2012**

Schedule J (Form 990) 2012

**Part II**  **Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees.** Use duplicate copies if additional space is needed.

For each individual whose compensation must be reported in Schedule J, report compensation from the organization on row (i) and from related organizations, described in the
instructions, on row (ii). Do not list any individuals that are not listed on Form 990, Part VII
**Note.** The sum of columns (B)(i)-(iii) for each listed individual must equal the total amount of Form 990, Part VII, Section A, line 1a, applicable column (D) and (E) amounts for that individual

| (A) Name and Title | | (B) Breakdown of W-2 and/or 1099-MISC compensation | | | (C) Retirement and other deferred compensation | (D) Nontaxable benefits | (E) Total of columns (B)(i)-(D) | (F) Compensation reported as deferred in prior Form 990 |
|---|---|---|---|---|---|---|---|---|
| | | (i) Base compensation | (ii) Bonus & incentive compensation | (iii) Other reportable compensation | | | | |
| **(1)** LYNN HLATKY | (i) | 0 | 0 | 0 | 0 | 0 | 0 | |
| CCSB DIRECTOR | (ii) | 441,137 | 0 | 0 | 0 | 4,347 | 445,484 | |

Schedule J (Form 990) 2012

Schedule J (Form 990) 2012

Page **3**

**Part III** **Supplemental Information**

Complete this part to provide the information, explanation, or descriptions required for Part I, lines 1a, 1b, 3, 4a, 4b, 4c, 5a, 5b, 6a, 6b, 7, and 8, and for Part II
Also complete this part for any additional information

| Identifier | Return Reference | Explanation |
|---|---|---|

Schedule J (Form 990) 2012

| efile GRAPHIC print - DO NOT PROCESS | As Filed Data – | DLN: 93493227026474 |
|---|---|---|

**Schedule L**
(Form 990 or 990-EZ)

Department of the Treasury
Internal Revenue Service

### Transactions with Interested Persons

▶ **Complete if the organization answered**
"Yes" on Form 990, Part IV, lines 25a, 25b, 26, 27, 28a, 28b, or 28c,
or Form 990-EZ, Part V, line 38a or 40b.
▶ Attach to Form 990 or Form 990-EZ. ▶ See separate instructions.

OMB No 1545-0047

## 2012

**Open to Public Inspection**

Name of the organization
GENESYS RESEARCH INSTITUTE INC FKA
STEWARD RESEARCH AND SPECIALTY PROJECTS

Employer identification number

27-3896009

**Part I   Excess Benefit Transactions** (section 501(c)(3) and section 501(c)(4) organizations only).
Complete if the organization answered "Yes" on Form 990, Part IV, line 25a or 25b, or Form 990-EZ, Part V, line 40b

| 1 | (a) Name of disqualified person | (b) Relationship between disqualified person and organization | (c) Description of transaction | (d) Corrected? | |
|---|---|---|---|---|---|
| | | | | Yes | No |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

2  Enter the amount of tax incurred by organization managers or disqualified persons during the year under section
   4958 . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ $ _____

3  Enter the amount of tax, if any, on line 2 above, reimbursed by the organization . . . . . . . . ▶ $ _____

**Part II   Loans to and/or From Interested Persons.**
Complete if the organization answered "Yes" on Form 990-EZ, Part V, line 38a, or Form 990, Part IV, line 26, or if the
organization reported an amount on Form 990, Part X, line 5, 6, or 22

| (a) Name of interested person | (b) Relationship with organization | (c) Purpose of loan | (d) Loan to or from the organization? | | (e) Original principal amount | (f) Balance due | (g) In default? | | (h) Approved by board or committee? | | (i) Written agreement? | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | To | From | | | Yes | No | Yes | No | Yes | No |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| Total | | | ▶ $ | | | | | | | | | |

**Part III   Grants or Assistance Benefitting Interested Persons.**
Complete if the organization answered "Yes" on Form 990, Part IV, line 27.

| (a) Name of interested person | (b) Relationship between interested person and the organization | (c) Amount of assistance | (d) Type of assistance | (e) Purpose of assistance |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

For Paperwork Reduction Act Notice, see the Instructions for Form 990 or 990-EZ.     Cat No 50056A     **Schedule L (Form 990 or 990-EZ) 2012**

Schedule L (Form 990 or 990-EZ) 2012                                                                                                    Page **2**

**Part IV**  **Business Transactions Involving Interested Persons.**
Complete if the organization answered "Yes" on Form 990, Part IV, line 28a, 28b, or 28c.

| (a) Name of interested person | (b) Relationship between interested person and the organization | (c) Amount of transaction | (d) Description of transaction | (e) Sharing of organization's revenues? | |
|---|---|---|---|---|---|
| | | | | Yes | No |
| (1) STEWARD HEALTH CARE SYSTEM LLC | RELATED PARTY HOSPITAL | 455,001 | MONTHLY HOSPITAL OPERATING EXPENSES PAID BY GENESYS RESEARCH INSTITUTE | | No |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Part V**  **Supplemental Information**
Complete this part to provide additional information for responses to questions on Schedule L (see instructions)

| Identifier | Return Reference | Explanation |
|---|---|---|
| | | |

Schedule L (Form 990 or 990-EZ) 2012

efile GRAPHIC print - DO NOT PROCESS | As Filed Data - | DLN: 93493227028474

| SCHEDULE O | Supplemental Information to Form 990 or 990-EZ | OMB No 1545-0047 |
|---|---|---|
| (Form 990 or 990-EZ) | Complete to provide information for responses to specific questions on Form 990 or to provide any additional information. ▶ Attach to Form 990 or 990-EZ. | **2012** |
| Department of the Treasury Internal Revenue Service | | Open to Public Inspection |

| Name of the organization GENESYS RESEARCH INSTITUTE INC FKA STEWARD RESEARCH AND SPECIALTY PROJECTS | Employer identification number 27-3896009 |
|---|---|

| Identifier | Return Reference | Explanation |
|---|---|---|
| | FORM 990, PART VI, SECTION A, LINE 2 | THERE IS A BUSINESS RELATIONSHIP BETWEEN THE MEMBERS OF THE BOARD AND STEWARD HEALTH CARE SYSTEM LLC |
| | FORM 990, PART VI, SECTION A, LINE 6 | STEWARD HEALTH CARE SYSTEM LLC WAS THE SOLE MEMBER OF GENESYS RESEARCH INSTITUTE, INC FROM NOVEMBER 3, 2010 UNTIL DECEMBER 31, 2012 |
| | FORM 990, PART VI, SECTION A, LINE 7A | THROUGHOUT THE PERIOD OF NOVEMBER 3, 2010 UNTIL DECEMBER 31, 2012 STEWARD HEALTH CARE SYST EM LLC HAD THE POWER TO REMOVE DIRECTORS, FILL VACANCIES AND TO INCREASE OR DECREASE THE S IZE OF THE BOARD EFFECTIVE DECEMBER 31, 2012, GENESYS WILL HAVE NO LESS THAN THREE BUT NO MORE THAN SEVEN MEMBERS WHO HAVE THE POWER TO DETERMINE THE NUMBER OF DIRECTORS, AND TO A PPOINT, REMOVE OR SUSPEND ANY MEMBER OF THE BOARD |
| | FORM 990, PART VI, SECTION A, LINE 7B | THROUGHOUT THE PERIOD OF NOVEMBER 3, 2010 UNTIL DECEMBER 31, 2012 STEWARD HEALTH CARE SYST EM LLC HAD THE POWER TO REMOVE DIRECTORS, FILL VACANCIES AND TO INCREASE OR DECREASE THE S IZE OF THE BOARD EFFECTIVE DECEMBER 31, 2012, GENESYS WILL HAVE NO LESS THAN THREE BUT NO MORE THAN SEVEN MEMBERS WHO HAVE THE POWER TO DETERMINE THE NUMBER OF DIRECTORS, AND TO A PPOINT, REMOVE OR SUSPEND ANY MEMBER OF THE BOARD |
| | FORM 990, PART VI, SECTION B, LINE 11 | THE ORGANIZATION DOES NOT PROVIDE THE GOVERNING BODY BEFORE IT IS FILED |
| | FORM 990, PART VI, SECTION B, LINE 12C | MEMBERS OF GENESYS'S MANAGEMENT TEAM DISTRIBUTE CONFLICT OF INTEREST DOCUMENTS VIA MAIL OR OTHER METHOD DEEMED EFFECTIVE. THE MANAGEMENT TEAM WILL TRACK THE RETURN OF THE COMPLETED DISCLOSURE SURVEYS ALL COMPLETED SURVEYS WITH NOTED DISCLOSURES WILL BE INITIALLY SCREEN ED FOR ANY REAL OR PERCEIVED CONFLICTS WHICH MAY REQUIRE A CONFLICT OF INTEREST MANAGEMENT PLAN THE REAL OR PERCEIVED CONFLICT WHICH MAY NEED TO BE MANAGED WILL GO TO MEMBERS OF TH E ORGANIZATION'S SENIOR LEADERSHIP SENIOR LEADERSHIP SHALL DEVELOP A CONFLICT OF INTEREST MANAGEMENT PLAN THAT ADDRESSES THE SPECIFIC ISSUE OF CONCERN FOR THE INVOLVED INDIVIDUAL AS APPROPRIATE. THE PRIMARY METHODS OF CONTROLLING, MANAGING OR ELIMINATING CONFLICTS SHAL L INCLUDE 1) MODIFYING THE EMPLOYMENT/CONTRACTUAL RESPONSIBILITIES OF THE INDIVIDUALS, 2) DECREASE THE RISK OF A POTENTIAL CONFLICT BY REDUCING OR ALTERING THE LEADERSHIP ROLE, SE CONDARY COMMITMENT OR FINANCIAL INTEREST |
| | FORM 990, PART VI, SECTION C, LINE 19 | THE ORGANIZATION MAKES ITS GOVERNING DOCUMENTS, CONFLICT OF INTEREST POLICY AND FINANCIAL STATEMENTS AVAILABLE TO THE PUBLIC UPON REQUEST ADDITIONALLY, THE ORGANIZATION'S FINANCI AL STATEMENTS ARE AVAILABLE ON THE PUBLIC CHARITIES WEBSITE MAINTAINED BY THE ATTORNEY GEN ERAL OF THE COMMONWEALTH OF MASSACHUSETTS |
| OTHER FEES | FORM 990, PART IX, LINE 11G | MEDICAL PROFESSIONALS PROGRAM SERVICE EXPENSES 1,754,259 MANAGEMENT AND GENERAL EXPENSE S 0 FUNDRAISING EXPENSES 0 TOTAL EXPENSES 1,754,259 CONSULTANTS PROGRAM SERVICE EXPEN SES 398,455 MANAGEMENT AND GENERAL EXPENSES 0 FUNDRAISING EXPENSES 0 TOTAL EXPENSES 398 ,455 OTHER PROFESSIONALS PROGRAM SERVICE EXPENSES 37,339 MANAGEMENT AND GENERAL EXPENS ES 0 FUNDRAISING EXPENSES 0 TOTAL EXPENSES 37,339 |
| | | THE ORGANIZATION IS IN THE PROCESS OF ATTEMPTING TO COMPLETE THE APPROPRIATE FINANCIAL STATEMENTS IN ACCORDANCE WITH OMB CIRCULAR A-133 |

**efile GRAPHIC print - DO NOT PROCESS | As Filed Data - |**

DLN: 93493227026474

**SCHEDULE R**
**(Form 990)**

Department of the Treasury
Internal Revenue Service

**Related Organizations and Unrelated Partnerships**

► Complete if the organization answered "Yes" to Form 990, Part IV, line 33, 34, 35, 36, or 37.
► Attach to Form 990.    ► See separate instructions.

OMB No 1545-0047

**2012**

Open to Public Inspection

Name of the organization
GENESYS RESEARCH INSTITUTE INC FKA
STEWARD RESEARCH AND SPECIALTY PROJECTS

Employer identification number
27-3896009

**Part I    Identification of Disregarded Entities** (Complete if the organization answered "Yes" to Form 990, Part IV, line 33.)

| (a) Name, address, and EIN (if applicable) of disregarded entity | (b) Primary activity | (c) Legal domicile (state or foreign country) | (d) Total income | (e) End-of-year assets | (f) Direct controlling entity |
|---|---|---|---|---|---|
| (1) STEWARD FALL RIVER MANAGEMENT CARE SERVICES LLC<br>500 BOYLSTON STREET<br>BOSTON, MA 02116<br>27-3074966 | REAL ESTATE HOLDINGS | DE | | | STEWARD HEALTH CARE SYSTEM LLC |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Part II    Identification of Related Tax-Exempt Organizations** (Complete if the organization answered "Yes" to Form 990, Part IV, line 34 because it had one or more related tax-exempt organizations during the tax year.)

| (a) Name, address, and EIN of related organization | (b) Primary activity | (c) Legal domicile (state or foreign country) | (d) Exempt Code section | (e) Public charity status (if section 501(c)(3)) | (f) Direct controlling entity | (g) Section 512(b)(13) controlled entity? | |
|---|---|---|---|---|---|---|---|
| | | | | | | Yes | No |
| (1) LABOURE COLLEGE<br>2120 DORCHESTER AVE<br>DORCHESTER, MA 02124<br>04-2134618 | NURSING COLLEGE | MA | 501(C)(3) | LINE 2 | STEWARD HEALTH CARE SYSTEM LLC | | No |
| (2) POR CRISTO INC<br>77 WARREN STREET<br>BRIGHTON, MA 02135<br>04-2696339 | VOLUNTEER MEDICAL SERVICES | MA | 501(C)(3) | LINE 7 | STEWARD HEALTH CARE SYSTEM LLC | | No |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

For Paperwork Reduction Act Notice, see the Instructions for Form 990.    Cat No 50135Y    Schedule R (Form 990) 2012

Page 2

## Part III  Identification of Related Organizations Taxable as a Partnership (Complete if the organization answered "Yes" to Form 990, Part IV, line 34 because it had one or more related organizations treated as a partnership during the tax year.)

| (a) Name, address, and EIN of related organization | (b) Primary activity | (c) Legal domicile (state or foreign country) | (d) Direct controlling entity | (e) Predominant income (related, unrelated, excluded from tax under sections 512-514) | (f) Share of total income | (g) Share of end-of-year assets | (h) Disproportionate allocations? Yes | No | (i) Code V—UBI amount in box 20 of Schedule K-1 (Form 1065) | (j) General or managing partner? Yes | No | (k) Percentage ownership |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **(1)** STEWARD PET IMAGING LLC<br>500 BOYLSTON STREET<br>BOSTON, MA 02116<br>42-1556663 | MOBILE PET SCAN SERVICES | MA | STEWARD IMAGING & RADIOLOGY HOLDINGS LLC | N/A | | | | No | | | No | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

## Part IV  Identification of Related Organizations Taxable as a Corporation or Trust (Complete if the organization answered "Yes" to Form 990, Part IV, line 34 because it had one or more related organizations treated as a corporation or trust during the tax year.)

| (a) Name, address, and EIN of related organization | (b) Primary activity | (c) Legal domicile (state or foreign country) | (d) Direct controlling entity | (e) Type of entity (C corp, S corp, or trust) | (f) Share of total income | (g) Share of end-of-year assets | (h) Percentage ownership | (i) Section 512 (b)(13) controlled entity? Yes | No |
|---|---|---|---|---|---|---|---|---|---|
| See Additional Data Table | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

**Part V**   **Transactions With Related Organizations** (Complete if the organization answered "Yes" to Form 990, Part IV, line 34, 35b, or 36.)

**Note.** Complete line 1 if any entity is listed in Parts II, III, or IV of this schedule

**1** During the tax year, did the organization engage in any of the following transactions with one or more related organizations listed in Parts II-IV?

| | | Yes | No |
|---|---|---|---|
| **a** | Receipt of **(i)** interest **(ii)** annuities **(iii)** royalties or **(iv)** rent from a controlled entity | 1a | No |
| **b** | Gift, grant, or capital contribution to related organization(s) | 1b | No |
| **c** | Gift, grant, or capital contribution from related organization(s) | 1c | No |
| **d** | Loans or loan guarantees to or for related organization(s) | 1d | No |
| **e** | Loans or loan guarantees by related organization(s) | 1e | No |
| | | | |
| **f** | Dividends from related organization(s) | 1f | No |
| **g** | Sale of assets to related organization(s) | 1g | No |
| **h** | Purchase of assets from related organization(s) | 1h | No |
| **i** | Exchange of assets with related organization(s) | 1i | No |
| **j** | Lease of facilities, equipment, or other assets to related organization(s) | 1j | Yes |
| | | | |
| **k** | Lease of facilities, equipment, or other assets from related organization(s) | 1k | No |
| **l** | Performance of services or membership or fundraising solicitations for related organization(s) | 1l | No |
| **m** | Performance of services or membership or fundraising solicitations by related organization(s) | 1m | No |
| **n** | Sharing of facilities, equipment, mailing lists, or other assets with related organization(s) | 1n | No |
| **o** | Sharing of paid employees with related organization(s) | 1o | No |
| | | | |
| **p** | Reimbursement paid to related organization(s) for expenses | 1p | Yes |
| **q** | Reimbursement paid by related organization(s) for expenses | 1q | No |
| | | | |
| **r** | Other transfer of cash or property to related organization(s) | 1r | No |
| **s** | Other transfer of cash or property from related organization(s) | 1s | No |

**2** If the answer to any of the above is "Yes," see the instructions for information on who must complete this line, including covered relationships and transaction thresholds

| (a)<br>Name of other organization | (b)<br>Transaction<br>type (a-s) | (c)<br>Amount involved | (d)<br>Method of determining amount involved |
|---|---|---|---|
| **(1)** STEWARD HEALTH CARE SYSTEM LLC | J | 85,115 | AMOUNT PAID |
| **(2)** STEWARD HEALTH CARE SYSTEM LLC | P | 4,831,154 | AMOUNT PAID |
| **(3)** | | | |
| **(4)** | | | |
| **(5)** | | | |
| **(6)** | | | |

Schedule R (Form 990) 2012

Schedule R (Form 990) 2012

Page **4**

**Part VII** **Unrelated Organizations Taxable as a Partnership** (Complete if the organization answered "Yes" to Form 990, Part IV, line 37.)

Provide the following information for each entity taxed as a partnership through which the organization conducted more than five percent of its activities (measured by total assets or gross revenue) that was not a related organization. See instructions regarding exclusion for certain investment partnerships

| (a) Name, address, and EIN of entity | (b) Primary activity | (c) Legal domicile (state or foreign country) | (d) Predominant income (related, unrelated, excluded from tax under section 512-514) | (e) Are all partners section 501(c)(3) organizations? | | (f) Share of total income | (g) Share of end-of-year assets | (h) Disproportionate allocations? | | (i) Code V—UBI amount in box 20 of Schedule K-1 (Form 1065) | (j) General or managing partner? | | (k) Percentage ownership |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Yes | No | | | Yes | No | | Yes | No | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

Schedule R (Form 990) 2012

Software ID:
Software Version:
EIN:  27-3896009
Name:  GENESYS RESEARCH INSTITUTE INC FKA
STEWARD RESEARCH AND SPECIALTY PROJECTS

Schedule R (Form 990) 2012 | Page **5**

| Part VII | Supplemental Information |
|---|---|

Complete this part to provide additional information for responses to questions on Schedule R (see instructions)

| Identifier | Return Reference | Explanation |
|---|---|---|
| | | |

**Form 990, Schedule R, Part IV - Identification of Related Organizations Taxable as a Corporation or Trust**

| (a) Name, address, and EIN of related organization | (b) Primary activity | (c) Legal domicile (state or foreign country) | (d) Direct controlling entity | (e) Type of entity (C corp, S corp, or trust) | (f) Share of total income | (g) Share of end-of-year assets | (h) Percentage ownership | (i) Section 512(b)(13) controlled entity? Yes | No |
|---|---|---|---|---|---|---|---|---|---|
| STEWARD HEALTH CARE SYSTEM LLC<br><br>500 BOYLSTON STREET<br>BOSTON, MA 02116<br>27-2473240 | HEALTH CARE | DE | STEWARD HEALTH CARE SYSTEM LLC | | | | | | No |
| STEWARD ST ELIZABETH'S MEDICAL CENTER OF BOSTON<br><br>500 BOYLSTON STREET<br>BOSTON, MA 02116<br>27-2473667 | HOSPITAL | DE | STEWARD HEALTH CARE SYSTEM LLC | C | | | | | No |
| STEWARD ST ANNE'S HOSPITAL CORPORATION<br><br>500 BOYLSTON STREET<br>BOSTON, MA 02116<br>27-2473637 | HOSPITAL | DE | STEWARD HEALTH CARE SYSTEM LLC | C | | | | | No |
| STEWARD HOLY FAMILY HOSPITAL INC<br><br>500 BOYLSTON STREET<br>BOSTON, MA 02116<br>27-2473701 | HOSPITAL | DE | STEWARD HEALTH CARE SYSTEM LLC | C | | | | | No |
| STEWARD CARNEY HOSPITAL INC<br><br>500 BOYLSTON STREET<br>BOSTON, MA 02116<br>27-2473755 | HOSPITAL | DE | STEWARD HEALTH CARE SYSTEM LLC | C | | | | | No |
| STEWARD NORWOOD HOSPITAL INC<br><br>500 BOYLSTON STREET<br>BOSTON, MA 02116<br>27-2473602 | HOSPITAL | DE | STEWARD HEALTH CARE SYSTEM LLC | C | | | | | No |
| STEWARD GOOD SAMARITAN MEDICAL CENTER INC<br><br>500 BOYLSTON STREET<br>BOSTON, MA 02116<br>27-2473728 | HOSPITAL | DE | STEWARD HEALTH CARE SYSTEM LLC | C | | | | | No |
| STEWARD HOSPITAL HOLDINGS SUBSIDIARY ONE INC<br><br>500 BOYLSTON STREET<br>BOSTON, MA 02116<br>45-2465023 | INACTIVE | DE | STEWARD HEALTH CARE SYSTEM LLC | C | | | | | No |
| STEWARD ST ELIZABETH'S REALTY CORP<br><br>500 BOYLSTON STREET<br>BOSTON, MA 02116<br>27-3075169 | REAL ESTATE HOLDING | DE | STEWARD HEALTH CARE SYSTEM LLC | C | | | | | No |
| STEWARD VALLEY REGIONAL VENTURES INC<br><br>500 BOYLSTON STREET<br>BOSTON, MA 02116<br>27-3075090 | REAL ESTATE HOLDING | DE | STEWARD HEALTH CARE SYSTEM LLC | C | | | | | No |
| STEWARD NEW ENGLAND INITIATIVES INC<br><br>500 BOYLSTON STREET<br>BOSTON, MA 02116<br>27-3075043 | OUTPATIENT HEALTH CENTER | DE | STEWARD HEALTH CARE SYSTEM LLC | C | | | | | No |
| STEWARD GOOD SAM OCCUPATIONAL HEALTH SERVICES INC<br><br>500 BOYLSTON STREET<br>BOSTON, MA 02116<br>27-3075262 | OUTPATIENT HEALTH CENTER | DE | STEWARD HEALTH CARE SYSTEM LLC | C | | | | | No |
| STEWARD GOOD SAMARITAN RADIATION ONCOLOGY CENTER INC<br><br>500 BOYLSTON STREET<br>BOSTON, MA 02116<br>27-3075381 | ONCOLOGY TREATMENT CENTER | DE | STEWARD HEALTH CARE SYSTEM LLC | C | | | | | No |
| STEWARD HOME CARE INC<br><br>500 BOYLSTON STREET<br>BOSTON, MA 02116<br>27-3075314 | HOME HEALTH CARE SERVICES | DE | STEWARD HEALTH CARE SYSTEM LLC | C | | | | | No |
| STEWARD HEALTH CARE NETWORK INC<br><br>500 BOYLSTON STREET<br>BOSTON, MA 02116<br>27-3075212 | PROF & TECH SERVICES | DE | STEWARD HEALTH CARE SYSTEM LLC | C | | | | | No |

**Form 990, Schedule R, Part IV – Identification of Related Organizations Taxable as a Corporation or Trust**

| (a) Name, address, and EIN of related organization | (b) Primary activity | (c) Legal domicile (state or foreign country) | (d) Direct controlling entity | (e) Type of entity (C corp, S corp, or trust) | (f) Share of total income | (g) Share of end-of-year assets | (h) Percentage ownership | (i) Section 512(b)(13) controlled entity? Yes | No |
|---|---|---|---|---|---|---|---|---|---|
| MERRIMACK VALLEY HOSPITAL A STEWARD FAMILY HOSPITAL INC 500 BOYLSTON STREET BOSTON, MA 02116 27-4157776 | HOSPITAL | DE | STEWARD HEALTH CARE SYSTEM LLC | C | | | | | No |
| NASHOBA VALLEY MEDICAL CENTER A STEWARD FAMILY HOSPITAL INC 500 BOYLSTON STREET BOSTON, MA 02116 27-4157855 | HOSPITAL | DE | STEWARD HEALTH CARE SYSTEM LLC | C | | | | | No |
| MORTON HOSPITAL A STEWARD FAMILY HOSPITAL INC 500 BOYLSTON STREET BOSTON, MA 02116 45-1209304 | HOSPITAL | DE | STEWARD HEALTH CARE SYSTEM LLC | C | | | | | No |
| BLACKSTONE MEDICAL CENTER INC 500 BOYLSTON STREET BOSTON, MA 02116 45-2465102 | HOSPITAL | DE | STEWARD HEALTH CARE SYSTEM LLC | C | | | | | No |
| BLACKSTONE REHABILITATION HOSPITAL INC 500 BOYLSTON STREET BOSTON, MA 02116 36-4706538 | HOSPITAL | DE | STEWARD HEALTH CARE SYSTEM LLC | C | | | | | No |
| QUINCY MEDICAL CENTER A STEWARD FAMILY HOSPITAL INC 500 BOYLSTON STREET BOSTON, MA 02116 45-2465238 | HOSPITAL | DE | | C | | | | | No |
| STEWARD MEDICAL GROUP INC 500 BOYLSTON STREET BOSTON, MA 02116 27-2777455 | PHYSICIAN NETWORK | MA | | C | | | | | No |
| STEWARD EMERGENCY PHYSICIANS INC 500 BOYLSTON STREET BOSTON, MA 02116 27-3676242 | PHYSICIAN NETWORK | MA | | C | | | | | No |
| STEWARD CONTRACTING INC 500 BOYLSTON STREET BOSTON, MA 02116 27-3676310 | PHYSICIAN NETWORK | MA | | C | | | | | No |
| TAILORED RISK ASSURANCE COMPANY LTD 500 BOYLSTON STREET BOSTON, MA 02116 98-0698755 | OTHER INSURANCE | CJ | | | | | | | No |