UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
In re
**GENESYS RESEARCH INSTITUTE, INC.,**         Chapter 11
    Debtor                                  Case No. 15-12794-JNF

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**ORDER**

In accordance with the Memorandum dated November 24, 2015, the Court grants the "Motion to Remove Lynch, Brewer, Hoffman & Fink, LLP, Special Corporate and Litigation Counsel to Genesys Research Institute" filed by Christine E. Briggs, Ph.D.

By the Court,

*/s/ Joan N. Feeney*

Joan N. Feeney
United States Bankruptcy Judge

Dated: November 24, 2015

1